AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Rosemary Chattelle, Michael Chattelle

V.

Viriato M. Fiallo, M.D., Baystate Medical Center, Hubbard Regional Hospital, Luigi Querusio, M.D.

**SUMMONS IN A CIVIL CASE**

CASE 03 12238 NG

03-12239 WGY

TO: (Name and address of Defendant) Hubbard Regional Hospital

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 1 3 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

11/18/2003

I hereby certify and return that on 11/17/2003 at 01:05pm I served a true and attested copy of the Summons, Complaint and Demand for Jury Trial in this action in the following manner: To wit, by delivering in hand to JACKIE MATTEAU, agent, person in charge at the time of service for HUBBARD REGIONAL HOSPITAL at 340 THOMPSON RD, WEBSTER, MA. Fees: Service 30.00, Travel 12.16, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $52.66

Deputy Sheriff Paul R Almstrom

**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
            Date       *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.