AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Rosemary Chattelle, Michael Chattelle

V.

Viriato M. Fiallo, M.D., Baystate Medical Center, Hubbard Regional Hospital, Luigi Querusio, M.D.

**SUMMONS IN A CIVIL CASE**

CASE 03 - 12239 NG

TO: (Name and address of Defendant)   Luigi Querusio, M.D.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

NOV 1 3 2003

DATE

(By) DEPUTY CLERK



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

11/20/2003

I hereby certify and return that on 11/19/2003 at 02:03pm I served a true and attested copy of the Summons and Complaint and Demand for Jury Trial in this action in the following manner: To wit, by delivering in hand to LUIGI QUERUSIO, M.D. at 22 ASYLUM ST, MILFORD, MA. Fees: Service 30.00, Travel 16.96, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.46

Deputy Sheriff Michael J Ahearn

_____
**Deputy Sheriff**

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
                    Date                    *Signature of Server*


                                _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.