UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC -5 A 11: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br><br> Plaintiffs, <br><br> v. <br><br> VIRIATO M. FIALLO, M.D., <br> BAYSTATE MEDICAL CENTER [sic], <br> HUBBARD REGIONAL HOSPITAL, <br> LUIGI QUERUSIO, M.D. <br><br> Defendants. | C.A. NO. 03-12239 ☒ WGY <br><br> DEFENDANT BAYSATE MEDICAL CENTER'S [sic] CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3 |

Pursuant to Local Rule 7.3(A) of the United States District Court For The District of Massachusetts, defendant, Baystate Medical Center [sic] ("BMC"), hereby states that it is a Massachusetts nonprofit corporation. The sole corporate member of BMC is Baystate Health System Health Services, Inc., whose sole corporate member is Baystate Health System, Inc. BMC further states that it has no stock.

The Defendant
BAYSTATE MEDICAL CENTER [sic]
By Its Attorneys:

/s/ Michael H. Burke

Dated: December 4, 2003

Michael H. Burke
BBO No. 065400
Christopher J. Scott
BBO No. 640750
Bulkley, Richardson and Gelinas, LLP
1500 Main Street - Suite 2700
P.O. Box 15507
Springfield, MA 01115
(413) 781-2820; (413) 272-6803 Fax

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on December 4, 2003.

/s/ Michael H. Burke
Michael H. Burke