UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -8  P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROSEMARY CHATTELLE and MICHAEL CHATTELLE, *Plaintiffs* | )<br>)<br>)<br>) |
| vs. | ) C.A. NO.: 03-12239-MAP<br>) |
| VIRIATO M. FIALLO, M.D., BAYSTATE MEDICAL CENTER, HUBBARD REGIONAL HOSPITAL, LUIGI QUERUSIO, M.D., | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Luigi Querusio, M.D. in the above entitled case.

By his attorneys,

**MORRISON, MAHONEY & MILLER**

_____
Brent A. Tingle, BBO #559974
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA 01608
(508) 757-7777