UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -8 P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 03-12239-WGY |

## JURY CLAIM

In the above-entitled action the defendant, Luigi Querusio, M.D., claims a trial by jury of all issues triable to a jury.

By his attorneys,

**MORRISON, MAHONEY & MILLER**

Brent A. Tingle, BBO #559974
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA 01608
(508) 757-7777