UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -8 P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROSEMARY CHATTELLE and MICHAEL CHATTELLE, *Plaintiffs* ) ) ) ) | |
| vs. ) | C.A. NO.: 03-12239-WGY |
| ) | |
| VIRIATO M. FIALLO, M.D., BAYSTATE MEDICAL CENTER, HUBBARD REGIONAL HOSPITAL, LUIGI QUERUSIO, M.D., ) ) ) ) | |

### MOTION OF THE DEFENDANT, LUIGI QUERUSIO, M.D. FOR REFERRAL TO THE SUPERIOR COURT FOR THE PURPOSE OF A MEDICAL MALPRACTICE TRIBUNAL PURSUANT TO M.G.L. C. 231, SECTION 60B

The defendant, Luigi Querusio, M.D. hereby moves this court to refer this case to the trial court of Massachusetts, Superior Court Department, for the limited purpose of convening medical malpractice tribunals pursuant to M.G.L. c. 231, Section 60B with respect to the claims against the foregoing defendant. In support of this motion, the defendant states as follows:

1. The defendant, Luigi Querusio, M.D. has a statutory right, pursuant to Massachusetts state law to a medical malpractice tribunal. More specifically, M.G.L. c. 231, Section 60B provides that every action for malpractice, error or mistake against a provider of health care "shall be heard by a tribunal consisting of a single justice of the Superior Court, a physician licensed to practice medicine in the Commonwealth . . . and an attorney authorized to practice law in the Commonwealth . . ." See M.G.L. c. 231, § 60B.

2. In the present action, the plaintiffs have brought claims against Dr. Querusio alleging medical malpractice. See Plaintiffs' Complaint at Counts Seven through Nine.

3. The plaintiffs have filed the present action in the United States District Court for the District of Massachusetts seeking to have their claims heard by this Court under diversity jurisdiction.

4.  In Turner v. Sullivan, 937 F. Supp. 79 (D. Mass. 1996), this court held that state law claims must be referred to the Superior Court so that a medical malpractice tribunal can be convened, even in cases where jurisdiction is proper in the United States District Court.

5.  Accordingly, this case should be referred to the trial court of the Commonwealth of Massachusetts, Superior Court Department, for the purpose of conducting the medical malpractice tribunal to which Dr. Querusio is entitled by statute.

WHEREFORE, the defendant, Luigi Querusio, M.D. respectfully requests that this motion be allowed, and that this case be referred to the trial court of the Commonwealth of Massachusetts, Superior Court Department, for the purpose of conducting a medical malpractice tribunal.

By his attorney,

MORRISON, MAHONEY & MILLER

Brent A. Tingle, BBO #559974
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA 01608
(508) 757-7777