UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-

03-12239-W64

ROSEMARY CHATTELLE,
MICHAEL CHATTELLE,
    Plaintiffs

v.

VIRIATO M. FIALLO, M.D.;
BAYSTATE MEDICAL CENTER;
HUBBARD REGIONAL HOSPITAL;
LUIGI QUERUSIO, M.D.,
    Defendants

### DEFENDANT HUBBARD REGIONAL HOSPITAL, INC.'S RULE 7.1 STATEMENT

The Defendant Hubbard Regional Hospital, properly Hubbard Regional Hospital, Inc., provides the following statement in accordance with Rule 7.1, Fed. R. Civ. P.:

The parent corporation of Hubbard Regional Hospital, Inc., is Hubbard Health Systems, Inc. No publicly held corporation owns any stock in either corporation.

Respectfully submitted
Hubbard Regional Hospital, Properly
Hubbard Regional Hospital, Inc.

Martin C. Foster
B.B.O. #175860
Joan Eldridge
B.B.O. #152720
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA 02139
Telephone: (617) 492-5800

Date:

Certificate of Service

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail/by hand (signature) on _____.