UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239NG

03-12239

ROSEMARY CHATTELLE,
MICHAEL CHATTELLE,
    Plaintiffs

v.

VIRIATO M. FIALLO, M.D.;
BAYSTATE MEDICAL CENTER;
HUBBARD REGIONAL HOSPITAL;
LUIGI QUERUSIO, M.D.,
    Defendants

MOTION OF DEFENDANT HUBBARD REGIONAL HOSPITAL,
PROPERLY HUBBARD REGIONAL HOSPITAL, INC.,
FOR REFERRAL TO SUPERIOR COURT
FOR CONVENING OF G.L. c. 231, §60B TRIBUNAL;
**REQUEST FOR ORAL ARGUMENT**

The Defendant, Hubbard Regional Hospital, properly Hubbard Regional Hospital, Inc., by counsel, moves that this Court refer this case to the Trial Court of Massachusetts, Superior Court Department, for purposes of convening of a medical malpractice tribunal pursuant to G.L.c. 231, §60B and pursuant to the holdings of Feinstein v. Massachusetts General Hospital, 643 F. 2d 880 (1st Cir. 1981). Provided herewith is a memorandum in support of this motion.

**REQUEST FOR ORAL ARGUMENT**

The Defendant Hubbard Regional Hospital, properly Hubbard Regional Hospital, Inc., requests that, unless this Court see fit to allow this motion sua sponte, the oral argument be permitted.

DOCKETED

Chattelle v. Hubbard Regional Hospital, Inc.                                    2
Motion of Defendant Hubbard Regional Hospital, Properly
Hubbard Regional Hospital, Inc. For Referral to Superior Court
for Convening of a Medical Malpractice Tribunal

                Respectfully submitted
                Hubbard Regional Hospital, Properly
                Hubbard Regional Hospital, Inc.
                by counsel

                _____
                Martin C. Foster
                B.B.O. #175860
                Joan Eldridge
                B.B.O. #152720
                Foster & Eldridge
                955 Massachusetts Avenue
                Cambridge, MA 02139
                Telephone: (617) 492-5800

DATED:

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid on _____, 2003.

_____
Joan Eldridge

I hereby certify that in accordance with U.S. District Court Local Rule 7.1(a)(2), I have conferred with Plaintiff's counsel as to this motion.

_____
Joan Eldridge