UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12238NG

03-12239

ROSEMARY CHATTELLE,
MICHAEL CHATTELLE,
    Plaintiffs

v.

VIRIATO M. FIALLO, M.D.;
BAYSTATE MEDICAL CENTER;
HUBBARD REGIONAL HOSPITAL;
LUIGI QUERUSIO, M.D.,
    Defendants

MEMORANDUM OF DEFENDANT HUBBARD REGIONAL HOSPITAL, PROPERLY HUBBARD REGIONAL HOSPITAL, INC. IN SUPPORT OF ITS MOTION TO REFER FOR CONVENING OF MEDICAL MALPRACTICE TRIBUNAL

INTRODUCTION

This is a medical malpractice action. The Plaintiffs, Rosemary Chattelle and Michael Chattelle, alleges that the Defendant Hubbard Regional Hospital, Inc., two physician defendants, and another corporate defendant were negligent in the care and treatment provided to Ms. Chattelle.

ARGUMENT

I.    The Defendant has a statutory right to the convening of a M.G.L. c. 231, §60B tribunal as the Defendant is a "health care provider" as that term is defined within



Chattelle v. Hubbard Regional Hospital, Inc.                                                                2
Memorandum in Support of Motion of Defendant Hubbard
Regional Hospital, Properly Hubbard Regional Hospital, Inc. for
Referral to Superior Court for Convening of a Medical Malpractice Tribunal

§60B.

G.L.c. 231, §60B, inserted by ST. 1975, c. 362, §5, empowers a screening tribunal to appraise "[e]very action for malpractice, error or mistake against a provider of health care." The term "health care provider" as defined within said statue specifically includes "a corporation, facility or institution licensed by the commonwealth to provide health care or professional services as a...hospital." Thus, the Defendant clearly falls within the definition of "health care provider".

II. A medical malpractice tribunal is to be convened on all treatment-related claims against a health care provider.

The Supreme Judicial Court has construed the language of G.L. c. 231, §60B, to mean that all "treatment-related" claims are meant to be referred to a medical malpractice tribunal. Little v. Rosenthal, 376 Mass. 573, 576 (1978). The legislative history of §60B indicates that the Legislature rejected a restriction of the tribunal's jurisdiction, choosing instead to favor the current broad language with no apparent limitations. See Little, supra; See also Austin v. Boston Univ. Hosp., 372 Mass. 654, 660 (1977). Referral to a medical malpractice tribunal is a substantive right of the defendant in a medical malpractice action that is brought in the Federal Court, Byrnes v. Kirby, 453 F. Supp, 1014 (D.C. Mass., 1978), and the Federal Court is to apply the state statue. Feinstein v. Massachusetts General Hospital, 643 F. 2d 880 (1st Cir. 1981). This is, in part, because the Massachusetts Legislature enacted the medical malpractice tribunal in order to protect

Chattelle v. Hubbard Regional Hospital, Inc.                                                3
Memorandum in Support of Motion of Defendant Hubbard
Regional Hospital, Properly Hubbard Regional Hospital, Inc. for
Referral to Superior Court for Convening of a Medical Malpractice Tribunal

doctors, hospitals and even other patients against frivolous claims for malpractice. See, Wilson v. Atlanticare Medical Center, 868 F. 2d 34, 35 (1st Cir. 1989).

III.  The allegations in Plaintiffs' Complaint raise treatment-related issues.

As reasoned in Little, supra, if a count within a complaint is related to the treatment received from a health care provider, then that allegation is subject to the tribunal; circumvention of the screening process in a treatment-related claim, if permitted, would thwart the legislative intent to prevent clogging the courts with frivolous actions. See, Id. Clearly Plaintiff's Complaint is "treatment-related" as that term is used within Little, supra, such that a tribunal must convene to consider the plaintiffs' allegations against the Defendant Hubbard Regional Hospital, Inc.

Respectfully submitted
Hubbard Regional Hospital, Properly
Hubbard Regional Hospital, Inc.
by counsel

_____
Martin C. Foster
B.B.O. #175860
Joan Eldridge
B.B.O. #152720
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA 02139
Telephone: (617) 492-5800

DATED: