UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239-MAP

03-12239

| | |
|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br>   Plaintiffs <br> v. <br> VIRIATO M. FIALLO, M.D.; <br> BAYSTATE MEDICAL CENTER; <br> HUBBARD REGIONAL HOSPITAL; <br> LUIGI QUERUSIO, M.D., <br>   Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

REQUEST OF DEFENDANT HUBBARD REGIONAL HOSPITAL,
PROPERLY HUBBARD REGIONAL HOSPITAL, INC.
FOR MEDICAL MALPRACTICE TRIBUNAL

The Defendant Hubbard Regional Hospital, properly Hubbard Regional Hospital, Inc., by counsel, requests that this Court schedule a medical malpractice tribunal on this case within 15 days of the Defendant filing its Answer to the Plaintiffs' Complaint.

As grounds for this Request, the Defendant states that the allegations as against it are in medical malpractice; that it is a licensed health care provider as defined by G.L. c. 231, §60B; and as such it has a statutory entitlement to a tribunal within 15 days of filing its Answer.

The Defendant further requests either a hospital administrator as the medical member or, in the alternative, a medical member as designated by the co-defendant.



Chattelle v. Hubbard Regional Hospital, Inc., et al                                2
Request of Defendant Hubbard Regional Hospital, Properly
Hubbard Regional Hospital, Inc. for Medical Malpractice Tribunal

        Respectfully submitted
        Hubbard Regional Hospital,
        Properly Hubbard Regional Hospital, Inc.
        by counsel,

        _____
        Martin C. Foster
        B.B.O. #175860
        Joan Eldridge
        B.B.O. #152720
        Foster & Eldridge
        955 Massachusetts Avenue
        Cambridge, MA 02139
        Telephone: (617) 492-5800

Date:/ / / /

Certificate of Service

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail/by fax/by hand on / / / / .

        _____(signature)