FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2003 DEC 30  A 10: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROSEMARY CHATTELLE,<br>MICHAEL CHATTELLE,<br><br>Plaintiffs,<br><br>v.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER [sic],<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D.<br><br>Defendants. | C.A. NO. 03-12239-WGY<br><br>NOTICE OF APPEARANCE |

Pursuant to Local Rule 83.5.2(a), I, Christopher J. Scott, Esq., give notice of my appearance on behalf of the defendants, Viriato M. Fiallo, M.D. and Baystate Medical Center [sic], in the above-captioned matter.

On behalf of the defendants
VIRIATO M. FIALLO, M.D. and
BAYSTATE MEDICAL CENTER [sic]
By Their Attorneys:

Dated: December 29, 2003

_____
Michael H. Burke
BBO No. 065400
Christopher J. Scott
BBO No. 640750
Bulkley, Richardson and Gelinas, LLP
1500 Main Street - Suite 2700
P.O. Box 15507
Springfield, MA 01115
(413) 781-2820; (413) 272-6803 Fax

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on December 29, 2003.

_____
Christopher J. Scott