```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS



                    CHATTELLE
                    Plaintiff

                                              Civil Action
                                              NO 03-12239 WGY
                         V


                  FIALLO, ET AL
                    Defendant



                      ORDER
```

YOUNG, D.J.

   Pursuant to the motion of Dec. 8, 2003, that this case be referred to a Medical Malpractice Tribunal, it is Ordered that the matter be referred.

                                       By the Court,

                                       /s/ Elizabeth Smith
                                       _____
                                       Deputy Clerk

JAN. 7, 2004