UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE, ) | |
| MICHAEL CHATTELLE, ) | C.A. NO. 03-12239-WGY |
| Plaintiffs, ) | |
| v. ) | |
| VIRIATO M. FIALLO, M.D; ) | |
| BAYSTATE MEDICAL CENTER; ) | |
| HUBBARD REGIONAL ) | |
| HOSPITAL; ) | |
| LUIGI QUERUSIO, M.D. ) | |
| Defendants. ) | |

## PLAINTIFFS', PARTIAL OPPOSITION TO MOTION OF THE DEFENDANT'S VIRIATO M. FIALLO, M.D. AND BAYSTATE MEDICAL CENTER TO TRANSFER ACTION TO THE WESTERN DIVISION

The plaintiffs do not oppose defendants' motion to transfer this action to the Western Division. The defendants, however, request as alternative relief that the action be transferred to the Central Division. The plaintiffs oppose the motion only insofar as it relates to transfer to the Central Division. Given the facts and circumstances underlining this case, the plaintiffs' choice of forum should be given difference over the alternative relief requested by defendants.

Accordingly, the plaintiffs do not object to the transfer to the Western Division and join in defendants' request to transfer the matter to the Western Division.

The Plaintiffs
By Their Attorneys

_David P. Angueira_
Edward M. Swartz, BBO# 489540
David P. Angueira, BBO# 019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, Massachusetts 02108
(617) 742-1900

Dated: January 9, 2004

## CERTIFICATE OF SERVICE

I, ~~David P. Angueira~~ Alan L. Cantor, Esquire, do hereby certify that I have served a copy of the within *Plaintiffs' Partial Opposition to Motion of the Defendant's Viriato M. Fiallo, M.D., and Baystate Medical Center to Transfer Action to the Western Division* upon the Defendants by mailing same, first class mail, postage prepaid, to all counsel, to wit:

Michael H. Burke
Bulkley, Richardson & Gelinas, LLP
1500 Main Street Suite 2700
P.O. Box 15507
Springfield MA  01115

Brent A. Tingle, Esq.
Morrison, Mahoney & Miller, LLP
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608

Joan Eldridge, Esq.
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA  02139

                                                                    *Alan L. Cantor*
                                                                    ~~David P. Angueira BBO#019610~~
                                                                    Alan L. Cantor BBO# 072360

Dated: January 9, 2004

2



# Swartz & Swartz
### ATTORNEYS AT LAW
The John & Ebenezer Hancock House of The Freedom Trail
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900                    FAX 617-367-7193

January 9, 2004

Clerk - Civil Business
United States District Court
District of Massachusetts
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    <u>Rosemary Chattelle, Michael Chattelle v. Viriato M. Fiallo, M.D., Baystate Medical Center, Hubbard Regional Hospital, and Luigi Querusio, M.D.</u>
           Court Docket No. 03-12239-WGY

Dear Sir or Madam:

    In connection with the above referenced matter, enclosed for filing please find the following:

    1.    Plaintiff's, Partial Opposition to Motion of the Defendant's Viriato M. Fiallo, M.D. and Baystate Medical Center to Transfer Action to the Western Division.

    Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

                              Yours truly,

                              David P. Angueira

DPA: rt
Encl.
cc:    Michael H. Burke, Esq.
       Joan Eldridge, Esq.
       Brent A. Tingle, Esq.