UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239WGY

FILED
CLERKS OFFICE
2004 JAN 20 P 3: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

ROSEMARY CHATTELLE,
MICHAEL CHATTELLE,
    Plaintiffs

v.

VIRIATO M. FIALLO, M.D.;
BAYSTATE MEDICAL CENTER;
HUBBARD REGIONAL HOSPITAL;
LUIGI QUERUSIO, M.D.,
    Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of the Defendant, Hubbard Regional Hospital, Properly Hubbard Regional Hospital, Inc. in the above-captioned matter.

        Respectfully submitted
        By counsel,

        _Allison K. Blew_ (signature)
        Allison K. Blew
        B.B.O. #647494
        Foster & Eldridge
        955 Massachusetts Avenue
        Cambridge, MA 02139
        Telephone: (617) 492-5800

Date: January 14, 2004

Certificate of Service

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail/by fax/by hand on 1/16/04. _Allison K. Blew_ (signature)

# Foster & Eldridge
*Attorneys at Law*

Martin C. Foster
Joan Eldridge*(DC)
John D. Bruce
J. Peter Kelley
Daniel J. Buoniconti*(NY;DC)
Kurt M. Schmidt, Jr.*(CT;RI)
Stephen M. Fiore*(CT;NH)
Andrew T. Neuwirth*(NY;RI)
Allison K. Blew

*also admitted

955 Massachusetts Avenue
Cambridge, Massachusetts 02139
Telephone: 617-492-5800
Fax: 617-492-4166
e-mail fosteld@fosteld.com

FILED
IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 16, 2004

Clerk for Civil Business
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Rosemary Chattelle & Michael Chattelle v. Hubbard Regional Hospital, et al
Civil Action No.: 03-12239WGY

Dear Sir/Madam:

Enclosed for filing please find:

1. Notice of Appearance.

Kindly docket same in your usual manner. Thank you.

Very truly yours,

*Allison K Blew*

Allison K. Blew

AKB/cs
Enclosure
cc: David Angueira, Esquire
   Brent Tingle, Esquire
   Michael H. Burke, Esquire