UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROSEMARY CHATTELLE, MICHAEL CHATTELLE, | ) ) ) | C.A. NO. 03-12239-WGY |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | WITHDRAWAL OF APPEARANCE |
| VIRIATO M. FIALLO, M.D., BAYSTATE MEDICAL CENTER [sic], HUBBARD REGIONAL HOSPITAL, LUIGI QUERUSIO, M.D. | ) ) ) ) ) | |
| Defendants. | ) ) | |

TO THE CLERK OF THE ABOVE NAMED COURT:

Pursuant to Local Rule 83.5.2(c), please withdraw our appearance as attorneys for the defendant, Viriato Fiallo, M.D., in the above-entitled case. We continue to appear, however, for the defendant, Baystate Medical Center [sic]. Notice of appearance of successor counsel for the defendant, Viriato Fiallo, M.D., was filed with the Court on or about February 12, 2004; no motions are now pending before the Court; no trial date has been set; no hearings or conferences are scheduled before the Court; no reports are due; and proof of service on our client and all other parties of said withdrawal is attached.

Dated: February 23, 2004

_____
Michael H. Burke
BBO No. 065400
Christopher J. Scott
BBO No. 640750
Bulkley, Richardson and Gelinas, LLP
1500 Main Street - Suite 2700
P.O. Box 15507
Springfield, MA 01115
(413) 781-2820; (413) 272-6803 Fax

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on February 23, 2004.

_____
Christopher J. Scott