UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSEMARY CHATTELLE,                        )
MICHAEL CHATTELLE,                          )
      Plaintiffs                               )
                                             )
vs.                                                              )
                                             )
VIRIATO M. FIALLO, M.D.;                  ) C.A. No.  03-12239-WGY
BAYSTATE MEDICAL CENTER;         )
HUBBARD REGIONAL HOSPITAL;     )
LUIGI QUERUSIO, M.D.                       )
      Defendants                              )
                                             )

## NOTICE OF APPEARANCE FOR THE DEFENDANT, VIRIATO M. FIALLO, M.D.

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of the defendant, Viriato M. Fiallo, M.D., in the above-entitled matter.

                                                                _____

Kevin C. Reidy, B.B.O. No.: 567760
Attorney for the Defendant,
Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY
  & KENNEY
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, counsel for the defendant, Viriato M. Fiallo, M.D., hereby certify that on the 15th day of April, 2004, I served the above *NOTICE OF APPEARANCE* by mailing a copy thereof, postage prepaid to David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA  02108; Michael H. Burke, Esq., Buckley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA  01115-5507; Allison K. Blew, Esq., Foster & Eldridge, 955 Massachusetts Avenue, Cambridge, MA  02139; and Brent A. Tingle, Esq., Morrison, Mahoney & Miller, 10 Chestnut Street, Worcester, MA  01608.

Kevin C. Reidy, B.B.O. #567760
Attorney for Defendant,
Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA  02114-4716