UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSEMARY CHATTELLE,        )
MICHAEL CHATTELLE,         )    C.A. NO. 03-12239-WGY
    Plaintiffs,           )
    v.                    )
VIRIATO M. FIALLO, M.D;    )
BAYSTATE MEDICAL CENTER;   )
HUBBARD REGIONAL           )
HOSPITAL;                  )
LUIGI QUERUSIO, M.D.       )
    Defendants.           )
_____)

**PLAINTIFF'S, ROSEMARY CHATTELLE AND MICHAEL CHATTELLE, INITIAL DISCLOSURE PURSUANT TO FED.R.CIV.P.26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiffs Rosemary Chattelle and Michael Chattelle ("plaintiffs") respectfully submit their initial disclosure statement. In accordance with Rule 26(a)(1), plaintiffs hereby make their initial disclosures based upon information reasonably available to them at the time.

A. **Rule 26(a)(1)(A)**
   **[T]he name and, if known the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

   1. Rosemary Chattelle
      140 Tripp Road
      Woodstock, CT 06281

   2. Michael Chattelle
      140 Tripp Road
      Woodstock, CT 06281

3. Luigi Querisio, M.D.(Defendant)
   22 Asylum Street
   Milford, Massachusetts

4. Viriato M. Fiallo, M.D. (Defendant)
   2 Medical Center Drive
   Springfield, Massachusetts

5. Dr. Leroy Charles
   Baystate Hospital
   Springfield, Massachusetts

6. Dr. Ronald Bleday, M.D.
   Brigham & Women's Hospital
   Boston, Massachusetts

7. Dr. Carl Brewing
   Boston Medical
   Boston, Massachusetts

8. Mildred Malloy
   49 A Williams Street
   Danielson, CT 06239

Further discovery and developments in this case may dictate the need to identify additional individuals likely to possess discoverable information that the plaintiff may use to support its claims or defenses.

B.  **Rule 26(a)(1)(B)**
    **[A] copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.**

The plaintiff identifies the following as documents that it may use to support its claims or defenses in this case:

1. The plaintiff's medical records from Baystate Medical Center; and

    2.       The plaintiff's medical records from Hubbard Regional Hospital.

Further discovery and developments in this case may dictate the need to identify additional relevant documents and/or tangible objects that plaintiff may use to support its claims or defenses.

    C.      **Rule 26(a)(1)(C)**
**[A] computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

1. Plaintiff's Medical Bills
   Baystate Medical Center
   Hubbard Regional Hospital
   Brigham & Women's Hospital

   Amount: $243,281.95

2. Plaintiff's Lost Wages
   Amount: $ 94,080.00

3. Plaintiff's Pain and Suffering
   Amount: $ 1,250,000.00

4. Plaintiff's Scarring and Disfigurement
   Amount: $ 500,000.00

Further discovery and development of damages in this case may dictate the need to identify additional relevant documents on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

    D.      **Rule 26(a)(1)(D)**
**[F]or inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable

Dated 27 day of April, 2004.

                              The Plaintiffs
                              Rosemary Chattelle
                              Michael Chattelle
                              By Their Attorneys,

                              Edward M. Swartz, BBO#489540
                              David P. Angueira, BBO#019610
                              SWARTZ & SWARTZ
                              10 Marshall Street
                              Boston, MA 02108
                              (617) 742-1900