UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE,          )<br>MICHAEL CHATTELLE,            )<br>      Plaintiffs,                    )<br>      v.                              )<br>VIRIATO M. FIALLO, M.D;       )<br>BAYSTATE MEDICAL CENTER;  )<br>HUBBARD REGIONAL              )<br>HOSPITAL;                      )<br>LUIGI QUERUSIO, M.D.          )<br>      Defendants.                   )<br>_____) | C.A. NO. 03-12239-WGY |

### LOCAL RULE 16.1(D)(3) CERTIFICATION OF ROSEMARY CHATTELLE AND MICHAEL CHATTELLE

Pursuant to United States District Court Local Rule 16.1 (D)(3), Plaintiffs Rosemary Chattelle and Michael Chattelle, through their authorized representative, certifies that they have conferred with undersigned counsel regarding the budget and costs of conducting the full course, including various alternative courses, of this litigation. Plaintiffs and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

Edward M. Swartz, BBO#489540
David P. Angueira, BBO#019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA 02108
(617) 742-1900

1

## CERTIFICATE OF SERVICE

      I, David P. Angueira, attorney for the plaintiffs, Rosemary Chattelle and Michael Chattelle, hereby certify that on the ___ day of April, 2004, a true copy of the foregoing Local Rule 16.1(D)(3) Certification of Rosemary Chattelle and Michael Chattelle, was served by mail, postage prepaid, directed:

Brent A. Tingle, Esq.
Morrison, Mahoney & Miller, LLP
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA 01608

Allison K. Blew
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA 02139

Michael H. Burke
Bulkley, Richardson & Gelinas, LLP
1500 Main Street Suite 2700
P.O. Box 15507
Springfield MA 0111

Kevin C. Reidy, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114-4716

                                                      David P. Angueira