UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D., | )<br>)<br>)<br>)<br>)   C.A. NO.: 03-12239-WGY<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF LUIGI QUERUSIO, M.D.

Pursuant to the United States District Court Local Rule 16.1(D)(3), the defendant, Luigi Querusio, M.D. through his authorized representative, certifies that he has conferred with undersigned counsel regarding the budget and costs of conducting the full course of litigation, including various alternative courses, of this litigation. The defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs.

THE DEFENDANT
LUIGI QUERUSIO, M.D.
By His Attorney:

**MORRISON, MAHONEY & MILLER, LLP**

/s/ Brent A. Tingle
_____
Brent A. Tingle, Esquire
BBO # 559974
One Chestnut Place, Ste. 470
Ten Chestnut Street
Worcester, MA 01608
(508) 757-7777