UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D., | )<br>)<br>)<br>)<br>)    C.A. NO.: 03-12239-WGY<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, LUIGI QUERUSIO, M.D.'S INITIAL DISCLOSURE PURSUANT TO FEDERAL RULE 26(a)(1)

Pursuant to the Federal Rule of Civil Procedure 26(a)(1), the defendant, Luigi Querusio, M.D. respectfully submits his initial disclosure statement. Pursuant to Rule 26(a)(1), the defendant, Dr. Querusio hereby makes the following initial disclosures based upon information currently available to him:

I. **RULE 26(a)(1)(A)**

The name and, if known the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1. Rosemary Chattelle
   140 Tripp Road
   Woodstock, CT 06281

2. Michael Chattelle
   140 Tripp Road
   Woodstock, CT 06281

3. Luigi Querusio, M.D.
   22 Asylum Street
   Milford, MA 01757

4. Viriato M. Fiallo, M.D.
   2 Medical Center Drive, Ste. 404
   Springfield, MA 01107

5. Dr. Leroy Charles
 2 Medical Center Drive, Ste. 512
 Springfield, MA 01107

6. Ronald Bleday, M.D.
 Brigham & Women's Hospital
 75 Francis Street, ASBII, 3rd Flr.
 Boston, MA 02215

7. Dr. Carl Brewing
 Boston Medical
 Boston, MA

8. Mildred Malloy
 49A Williams Street
 Danielson, CT 06239

9. Any and all individuals referenced in the medical records of the plaintiff from Hubbard Regional Hospital.

10. Any and all individuals referenced in the plaintiff's medical records from Day Kimball Hospital.

Investigation and discovery are ongoing and the defendant, Dr. Querusio reserves the right further supplement his initial disclosures.

**II.  Rule 26(a)(1)(B)
A copy of, or a description by category and location of, all documents, date compilations, and tangible things in the possession, custody, or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.**

The defendant, Dr. Querusio identifies the following documents that he may use to support his defense in this case:

1. The plaintiff's medical records from Baystate Medical Center.

2. The plaintiff's medical records from Hubbard Regional Hospital.

3. The office records of Luigi Querusio, M.D.

4. The medical records of Dr. Ronald Bleday of Brigham and Women's Hospital in Boston, Massachusetts.

5. The plaintiff's medical records from Brigham and Women's Hospital in Boston, Massachusetts.

      6.      The plaintiff's medical records from Day Kimball Hospital.

Investigation and discovery are ongoing and the defendant, Dr. Querusio reserves the right further supplement his initial disclosures.

### III.    Rule 26(a)(1)(C)

**A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable to this defendant.

### IV.    Rule 26(a)(1)(D)

**For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

On the dates alleged in the plaintiffs' complaint, the defendant, Luigi Querusio, M.D. was insured under a professional liability policy issued by ProMutual. The defendant agrees to voluntarily produce a copy of the declarations page to this policy to the plaintiffs' counsel upon receipt from the defendant's insurance carrier.

THE DEFENDANT
LUIGI QUERUSIO, M.D.
By His Attorney:

**MORRISON, MAHONEY & MILLER, LLP**

/s/ Brent A. Tingle
_____
Brent A. Tingle, Esquire
BBO # 559974
One Chestnut Place, Ste. 470
Ten Chestnut Street
Worcester, MA 01608
(508) 757-7777