UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239WGY

ROSEMARY CHATTELLE,
MICHAEL CHATTELLE,
    Plaintiffs
v.
VIRIATO M. FIALLO, M.D.;
BAYSTATE MEDICAL CENTER;
HUBBARD REGIONAL HOSPITAL;
LUIGI QUERUSIO, M.D.,
    Defendants

### RULE 26 (a) INITIAL DISCLOSURES OF DEFENDANT HUBBARD REGIONAL HOSPITAL, INC.

Pursuant to Fed.R.Civ. P. 26 (a), the Defendant, Hubbard Regional Hospital, properly Hubbard Regional Hospital, Inc. hereby makes the following initial disclosures:

A.    Individuals Likely to Have Discoverable Information

1. The named defendants are likely to have discoverable information, as are the health care providers who were on staff at Hubbard Regional Hospital, Inc. during Rosemary Chattelle's visits to and hospitalizations at Hubbard Regional Hospital.

2. The plaintiff, as well as certain members of the plaintiff's family, may have discoverable information.

Hubbard Regional Hospital, Inc. reserves the right to supplement this disclosure as discovery progresses.

Chattelle v. Hubbard Regional Hospital                                    2
Rule 26 (a) Initial Disclosures of Defendant Hubbard
Regional Hospital, Inc.

      B.     <u>Documents</u>

      1)     The plaintiff, Rosemary Chattelle's medical records from Hubbard Regional Hospital (previously produced).

Hubbard Regional Hospital, Inc. reserves the right to supplement this disclosure as discovery progresses.

      C.     <u>Damages</u>

Not Applicable to the Defendant, Hubbard Regional Hospital.

      D.     <u>Insurance Agreements</u>

Applicable insurance agreements are available for inspection and copying at the request of the Plaintiff.

                                 Respectfully submitted
                                 Hubbard Regional Hospital,
                                 by counsel,

                                 */s/ Allison K. Blew*
                                 Allison K. Blew, B.B.O. # 647494
                                 Foster & Eldridge
                                 955 Massachusetts Avenue
                                 Cambridge, MA 02139
                                 Telephone: (617) 492-5800

Date: 6-3-04

<u>Certificate of Service</u>
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail/~~by fax/by hand~~ on 6-3-04. */s/ A. Blew* (signature)