UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239WGY

| | |
|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br> Plaintiffs <br> v. <br> VIRIATO M. FIALLO, M.D.; <br> BAYSTATE MEDICAL CENTER; <br> HUBBARD REGIONAL HOSPITAL; <br> LUIGI QUERUSIO, M.D., <br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**LOCAL RULE 16.1 (D)(3) CERTIFICATION OF DEFENDANT
HUBBARD REGIONAL HOSPITAL, INC.**

Pursuant to the United States District Court Local Rule 16.1(D)(3), the Defendant, Hubbard Regional Hospital, Inc. through his authorized representative, certifies that he has conferred with undersigned counsel regarding the budget and costs of conducting the full course of litigation, including various alternative courses, of this litigation. The Defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs.

Respectfully submitted
Hubbard Regional Hospital,
by counsel,

_____
Allison K. Blew, B.B.O. # 647494
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA 02139
Telephone: (617) 492-5800

Date: 6-14-04

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail/~~by fax/by hand~~ on 6/14/04.

_____ (signature)
A. Blew

# Foster & Eldridge, LLP
*Attorneys at Law*

Martin C. Foster
Joan Eldridge*(DC)
John D. Bruce
J. Peter Kelley
Daniel J. Buoniconti*(NY;DC)
Kurt M. Schmidt, Jr.*(CT;RI)
Stephen M. Fiore*(CT;NH)
Andrew T. Neuwirth*(NY;RI)
Allison K. Blew
Tracy Morong

*also admitted

955 Massachusetts Avenue
Cambridge, Massachusetts 02139
Telephone: 617-492-5800
Fax: 617-492-4166
e-mail: fosteld@fosteld.com

CLERK'S OFFICE
2004 JUN 15 P 12:46
U.S. DISTRICT COURT
DISTRICT OF MASS

June 14, 2004

Clerk for Civil Business
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Rosemary Chattelle & Michael Chattelle v. Hubbard Regional Hospital, et al
      Civil Action No.: 03-12239WGY

Dear Sir/Madam:

Enclosed for filing please find:

1.   Local Rule 16.1(D)(3) Certification of Defendant Hubbard Regional Hospital, Inc.

Kindly docket same in your usual manner. Thank you.

Very truly yours,

Allison K Blew

Allison K. Blew

AKB/cs
Enclosure
cc:   David Angueira, Esquire
      Brent Tingle, Esquire
      Michael H. Burke, Esquire
      Kevin C. Reidy, Esquire