UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239WGY

ROSEMARY CHATTELLE,
MICHAEL CHATTELLE,
    Plaintiffs
v.
VIRIATO M. FIALLO, M.D.;
BAYSTATE MEDICAL CENTER;
HUBBARD REGIONAL HOSPITAL;
LUIGI QUERUSIO, M.D.,
    Defendants

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Now comes the undersigned to give notice of a change of firm name and address. The new name, address and contact information is:

    Foster & Eldridge, LLP
    One Canal Park
    Cambridge, MA 02141
    Phone: 617-252-3366
    Fax:   617-252-3377

    Respectfully submitted,
    Hubbard Regional Hospital
    By counsel,

    *Allison K. Blew*
    Allison K. Blew
    B.B.O. # 647494
    Foster & Eldridge, LLP
    One Canal Park
    Cambridge, MA 02141
    Telephone: (617) 252-3366
    Fax: (617) 252-3377

DATED: July 19, 2004

## CERTIFICATE OF SERVICE

I, Allison K. Blew, hereby certify that I have served a copy of the enclosed Notice of Change of Firm Name and Address on:

David Angueira, Esquire
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Michael H. Burke, Esquire
Bulkley, Richardson & Gelinas, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA 01115-5507

Brent Tingle, Esquire
Morrison, Mahoney & Miller, LLP
10 Chestnut Street
Worcester, MA 01608

Kevin C. Reidy, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114-4716

by mailing a copy of same, first-class postage prepaid, to the above.

Signed under the pains and penalties of perjury.

_Allison K Blew_
Allison K. Blew
B.B.O.#647494
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA 02139
Telephone: (617) 492-5800

DATE: 7/19/04