UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D., | )<br>)<br>)<br>)<br>)<br>) C.A. NO.: 03-12239-WGY<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM NAME

Pursuant to Massachusetts Rules of Civil Procedure, Rule 11(d), notice of a change of firm name is hereby given and is effective July 1, 2004 as follows:

**MORRISON MAHONEY LLP**
**One Chestnut Place**
**10 Chestnut Street, Suite 470**
**Worcester, MA 01608**
**Telephone: (508) 757-7777**
**Facsimile: (508) 752-6224**

The street address, telephone and facsimile numbers will remain the same.

Respectfully submitted,

**MORRISON MAHONEY LLP**


  /s/ Brent A. Tingle
Brent A. Tingle, BBO #559974
Colin K. O'Brien, BBO #651206
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608
(508) 757-7777