# Swartz & Swartz
### ATTORNEYS AT LAW

*The John & Ebenezer Hancock House on The Freedom Trail*
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900   •   FAX • 617-367-7193

December 27, 2004

Clerk - Civil Business
United States District Court
District of Massachusetts
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    **Rosemary Chattelle, Michael Chattelle v. Viriato M. Fiallo, M.D., Baystate Medical Center, Hubbard Regional Hospital, and Luigi Querusio, M.D.**
            **Court Docket No. 03-12239-WGY**

Dear Sir or Madam:

    In connection with the above referenced matter, enclosed please find the check for the tribunal bond.

    Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

                                            Yours truly,

                                            David P. Angueira

DPA: kjb
Enclosure
cc:    Michael H. Burke, Esq.
        Joan Eldridge, Esq.
        Brent A. Tingle, Esq.
        Kevin C. Reidy, Esq.

```
Mon Dec 27 16:01:54 2004

    UNITED STATES DISTRICT COURT
    BOSTON          , MA
Receipt No.   321 61019
Cashier       okeefe

Tender Type  CHECK

Check Number: 3801

Transaction Type   C

Case No./Def No. 1:03-CV-12239 /   1

DØ Code     Div No      Acct
 4638          1       604700

Amount            $   6000.00

TRIBUNAL BOND 1:03-CV-12239 - WGY  SWART
Z e SWARTZ 10 MARSHALL ST

BOSTON, MA  02108
```