UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROSEMARY CHATTELLE, ) | | C.A. NO. 03-12239-WGY |
| MICHAEL CHATTELLE, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| VIRIATO M. FIALLO, M.D., ) | | |
| BAYSTATE MEDICAL CENTER [sic], ) | | |
| HUBBARD REGIONAL HOSPITAL, ) | | |
| LUIGI QUERUSIO, M.D. ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

**DEFENDANT'S, BAYSTATE MEDICAL CENTER'S [sic], RULE 26(a)
INITIAL DISCOVERY DISCLOSURES**

In accordance with Federal Rule of Civil Procedure 26(a) and Local Rule 26.2, defendant, Baystate Medical Center [sic] ("Baystate"), hereby submits its initial discovery disclosures as follows:

(A)    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:  See attached "Schedule A."  Investigation and discovery are ongoing and Baystate reserves the right to supplement its initial disclosures;

(B)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless

solely for impeachment: See attached "Schedule B." Investigation and discovery are ongoing and Baystate reserves the right to supplement its initial disclosures;

 (C) Computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered: Not applicable to Baystate.

 (D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment: Applicable insurance agreements are available for inspection and copying at the request of the plaintiffs.

|  |  |
|---|---|
| | The Defendant<br>BAYSTATE MEDICAL CENTER [sic]<br>By Its Attorneys: |
| Dated: January 3, 2005 | |
| | **/s/ Michael H. Burke**<br>_____<br>Michael H. Burke, BBO No. 065400<br>Christopher J. Scott, BBO No. 640750 |
| Certificate of Service | Bulkley, Richardson and Gelinas, LLP |
| I hereby certify that a true copy of the above document was served upon the attorney of record for the defendant, Viriato Fiallo, M.D., by mail, and on upon the attorney of record for each other party by electronic filing on January 3, 2005. | 1500 Main Street, Suite 2700<br>Springfield, MA  01115<br>(413) 781-2820 (telephone)<br>(413) 272-6804 (telefax) |

**/s/ Christopher J. Scott**
_____
Christopher J. Scott

2

## **SCHEDULE A**

1. Rosemary Chattelle  (plaintiff)
   140 Tripp Road
   Woodstock, CT  06281

   Knowledge concerning the plaintiffs' claims and allegations in this matter.

2. Michael Chattelle  (plaintiff)
   140 Tripp Road
   Woodstock, CT  06281

   Knowledge concerning the plaintiffs' claims and allegations in this matter.

3. Viriato M. Fiallo, M.D.  (defendant)
   2 Medical Center Drive
   Springfield, MA  01107

   Knowledge concerning the care and treatment of the plaintiff, Rosemary Chattelle, at Baystate Medical Center.

4. Luigi Querisio, M.D.  (defendant)
   22 Asylum Street
   Milford, MA  01757

   Knowledge concerning the care and treatment of the plaintiff, Rosemary Chattelle at Hubbard Regional Hospital.

5. Gregory McDonald, M.D.
   759 Chestnut Street
   Springfield, MA  01107

   Knowledge concerning the care and treatment of the plaintiff, Rosemary Chattelle, at Baystate Medical Center.

6. Gregory Carlson. M.D.
   Address unknown

   Knowledge concerning the care and treatment of the plaintiff, Rosemary Chattelle, at Baystate Medical Center.

7. Marwan Jaber, M.D.
   Address unknown

   Knowledge concerning care and treatment of the plaintiff, Rosemary Chattelle, at Baystate Medical Center.

8. Leroy Charles, M.D.
    2 Medical Center Drive
    Springfield, MA 01107

    Knowledge concerning the care and treatment of the plaintiff, Rosemary Chattelle, at Baystate Medical Center.

9. Timothy Emhoff, M.D.
    500 J. Clyde Morris
    Newport News, VA 23601

    Knowledge concerning the care and treatment of the plaintiff, Rosemary Chattelle, at Baystate Medical Center.

10. Paul J. Matty, M.D.
    Medical Center of North Eastern Connecticut
    612 Hartford Pike
    Dayville, CT 06241

    Knowledge concerning the medical treatment of the plaintiff, Rosemary Chattelle.

11. Wai Lang Lau, M.D.
    168 Route 171
    P.O. Box 366
    South Woodstock, CT 06267

    Knowledge concerning the medical treatment of the plaintiff, Rosemary Chattelle.

12. Karl Breuing, M.D.
    Division of Plastic Surgery
    Brigham & Women's Hospital
    75 Francis Street
    Boston, MA 02115

    Knowledge concerning the medical treatment of the plaintiff, Rosemary Chattelle.

13. Ronald Bleday, M.D.
    Brigham & Women's Hospital
    75 Francis Street
    Boston, MA 02115

    Knowledge concerning the medical treatment of the plaintiff, Rosemary Chattelle.

**SCHEDULE B**

Description by Category and Location

1. Plaintiff's, Rosemary Chattelle's, medical records from Baystate Medical Center (counsel has copies).

2. Plaintiff's, Rosemary Chattelle's, medical records from Hubbard Regional Hospital.

3. Plaintiff's, Rosemary Chattelle's, medical records from Brigham & Women's Hospital.

4. Plaintiff's, Rosemary Chattelle's, medical records from Day Kimball Hospital

5. The office records of Ronald Bleday, M.D. for the plaintiff, Rosemary Chattelle (counsel has copies).

6. The office records of the defendant, Luigi Querusio, M.D., for the plaintiff, Rosemary Chattelle.