UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br>     Plaintiffs <br><br> vs. <br><br> VIRIATO M. FIALLO, M.D.; <br> BAYSTATE MEDICAL CENTER; <br> HUBBARD REGIONAL HOSPITAL; <br> LUIGI QUERUSIO, M.D. <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 03-12239 WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT, VIRIATO M. FIALLO, M.D.'S INITIAL DISCLOSURE PURSUANT TO FEDFERAL RULE 26(a)(1)

Pursuant to the Federal Rules of Civil Procedure 26(a)(1), the defendant, Viriato M. Fiallo, M.D., respectfully submits his initial disclosure statement. Pursuant to Rule 26(a)(1), the defendant, Dr. Fiallo, hereby makes the following initial disclosures based upon information currently available to him:

I.  **Rule 26(a)(1)(A)**

   **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of this information.**

   1. Rosemary Chattelle
      140 Tripp Road
      Woodstock, CT 06281

   2. Michael Chattelle
      140 Tripp Road
      Woodstock, CT 06281

3. Luigi Querusio, M.D.
22 Asylum Street
Milford, MA 01757

4. Viriato M. Fiallo, M.D.
2 Medical Center Drive, Suite 404
Springfield, MA 01107

5. Leroy Charles, M.D.
2 Medical Center Drive, Suite 512
Springfield, MA 01107

6. Ronald Bleday, M.D.
Brigham & Women's Hospital
75 Francis Street, ASBII, 3rd Floor
Boston, MA 02215

7. Carl Brewing, M.D.
Boston Medical
Boston, MA

8. Mildred Malloy
49A Williams Street
Danielson, CT 06239

9. Any and all individuals referenced in the medical records of the plaintiff from Hubbard Regional Hospital.

10. Any and all individuals referenced in the medical records from Day Kimball Hospital.

Investigation and discovery are ongoing and the defendant, Dr. Fiallo, reserves the right to further supplement his initial disclosures.

II. **Rule 26(a)(1)(B)**

**A copy of, or a description by category and location of all documents, dates compilations, and tangible things in the possession, custody or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.**

The defendant, Dr. Fiallo, identifies the following documents that he may use to support his defense in this case:

1. The plaintiff's medical records from Baystate Medical Center;

2. The plaintiff's medical records from Hubbard Regional Hospital;

3. The office records of Viriato Fiallo, M.D.

4. The medical records of Dr. Ronald Bleday of Brigham and Women's Hospital in Boston, Massachusetts;

5. The plaintiff's medical records from Brigham and Women's Hospital in Boston, Massachusetts; and

6. The plaintiff's medical records from Day Kimball Hospital.

Investigation and discovery are ongoing and the defendant, Dr. Fiallo, reserves the right to further supplement his initial disclosures.

III. **Rule 26(a)(1)(C)**

**A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable to this defendant.

IV. **Rule 26(a)(1)(D)**

**For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment.**

On the dates alleged in the plaintiffs' complaint, the defendant, Viriato Fiallo, M.D., was insured under a professional liability policy issued by MIIX. The defendant agrees to voluntarily produce a copy of the declarations page to this policy to the plaintiffs' counsel upon receipt from the defendant's insurance carrier.

Respectfully submitted,

_____
Kevin C. Reidy  BBO#: 567760
Attorney for Defendant,
Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, attorney for defendant, Viriato M. Fiallo, M.D., hereby certify that on the 6th day of January, 2005, I served the within *Initial Disclosure* upon all counsel of record by mailing a copy, postage prepaid, to David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108; Michael H. Burke, Esq., Buckley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA 01115-5507; Allison K. Blew, Esq., Foster & Eldridge, One Canal Park, Suite 2100, Cambridge, MA 02141; and Brent A. Tingle, Esq., Morrison Mahoney LLP, 10 Chestnut Street, Suite 470, Worcester, MA 01608.

_____
Kevin C. Reidy, BBO#: 567760
Attorney for Defendant,
Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240