UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSEMARY CHATTELLE,        )
MICHAEL CHATTELLE,         )
        Plaintiffs         )
                           )
vs.                        )
                           ) C.A. No. 03-12239 WGY
VIRIATO M. FIALLO, M.D.;   )
BAYSTATE MEDICAL CENTER;   )
HUBBARD REGIONAL HOSPITAL; )
LUIGI QUERUSIO, M.D.       )
        Defendants         )

## LOCAL RULE 16.1(D) (3) CERTIFICATION OF VIRIATO M. FIALLO, M.D.

Pursuant to the United States District Court Rule 16.1(D)(3), the defendant, Viriato M. Fiallo, M.D. through his authorized representative, certifies that he has conferred with the undersigned counsel regarding the budget and costs of conducting the full course of litigation including various alternative courses, of this litigation. The defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Kevin C. Reidy  BBO# 567760
Attorney for Defendant,
Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, attorney for defendant, Viriato M. Fiallo, M.D., hereby certify that on the 11th day of January 2005, I served the within *Certification* upon all counsel of record by mailing a copy, postage prepaid, to David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108; Michael H. Burke, Esq., Buckley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA 01115-5507; Allison K. Blew, Esq., Foster & Eldridge, One Canal Park, Suite 2100, Cambridge, MA 02141; and Brent A. Tingle, Esq., Morrison Mahoney LLP, 10 Chestnut Street, Suite 470, Worcester, MA 01608.

Kevin C. Reidy  BBO#: 567760
Attorney for Defendant,
Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240