UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE,           )<br>MICHAEL CHATTELLE,              )<br>                                                   )<br>           Plaintiffs,                     )<br>                                                   )<br>           v.                                    )<br>                                                   )<br>VIRIATO M. FIALLO, M.D;         )<br>BAYSTATE MEDICAL CENTER;  )<br>HUBBARD REGIONAL              )<br>HOSPITAL;                                 )<br>LUIGI QUERUSIO, M.D.            )<br>                                                   )<br>           Defendants.                   )<br>_____)  | C.A. NO. 03-12239-WGY |

**PLAINTIFFS' ASSENTED-TO MOTION TO TRANSFER ACTION TO WESTERN DIVISION**

     Now come the Plaintiffs and request that this court allow Plaintiffs' Assent-To Motion to Transfer Action to the United State District Court for the District of Massachusetts, Western Division in Springfield, Massachusetts. All counsel agree that the Western Division is most convenient for all parties.

The Plaintiffs
By Their Attorneys

/s/ David P. Angueira
Edward M. Swartz, BBO# 489540
David P. Angueira, BBO# 019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, Massachusetts  02108

ASSENTED-TO:

The Defendants,
By Their Attorneys,

/s/ Brent A. Tingle
Brent A. Tingle, Esq.
Morrison, Mahoney & Miller, LLP
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608


/s/ Allison K. Blew
Allison K. Blew
Foster & Eldridge
955 Massachusetts Avenue
Cambridge,  MA  02139


/s/ Michael H. Burke
Michael H. Burke
Bulkley, Richardson & Gelinas, LLP
1500 Main Street Suite 2700
P.O. Box 15507
Springfield MA  0111


/s/ Kevin C. Reidy
Kevin C. Reidy, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114-4716

## CERTIFICATE OF SERVICE

      I, David P. Angueira, Esquire, do hereby certify that I have served a copy of the within *Plaintiffs' Assented to Motion to Transfer Action to the Western Division* upon the Defendants by mailing same, first class mail, postage prepaid, to all counsel, to wit:


Brent A. Tingle, Esq.
Morrison, Mahoney & Miller, LLP
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608

Allison K. Blew
Foster & Eldridge
955 Massachusetts Avenue
Cambridge,  MA  02139

Michael H. Burke
Bulkley, Richardson & Gelinas, LLP
1500 Main Street Suite 2700
P.O. Box 15507
Springfield MA  0111

Kevin C. Reidy, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114-4716

|  |  |
|---|---|
|  | /s/ David P. Angueira |
| Date: January 27, 2005 | David P. Angueira |