UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE, )<br>MICHAEL CHATTELLE, )<br>     )<br>  Plaintiffs, )<br>     )<br>  v. )<br>     )<br>VIRIATO M. FIALLO, M.D., )<br>BAYSTATE MEDICAL CENTER [sic], )<br>HUBBARD REGIONAL HOSPITAL, )<br>LUIGI QUERUSIO, M.D. )<br>     )<br>  Defendants. )<br>_____) | C.A. NO. 03-12239-MAP<br><br><br>DEFENDANT BAYSTATE<br>MEDICAL CENTER'S [sic]<br>CERTIFICATION<br>PURSUANT TO<br>LOCAL RULE 16.1(D)(3) |

The defendant, Baystate Medical Center [sic], by and through its authorized representative, hereby certifies that, Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, it has conferred with the undersigned counsel regarding the following matters:

(a) the establishment of a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 8, 2005

                                                                     The Defendant
                                                                     BAYSTATE MEDICAL CENTER [sic]
                                                                     By Its Attorneys:

                                                                    **/s/ Michael H. Burke**

<u>Certificate of Service</u>                        Michael H. Burke, BBO No. 065400
                                                                     Christopher J. Scott, BBO No. 64075
I hereby certify that a true copy of the above    Bulkley, Richardson and Gelinas, LLP
document was served upon the attorney of record  1500 Main Street, Suite 2700
for the defendant, Viriato Fiallo, M.D., by mail,     Springfield, MA  01115
and on upon the attorney of record for each other  (413) 781-2820 (telephone)
party by electronic filing on February 8, 2005.      (413) 272-6803 (telefax)

**/s/ Christopher J. Scott**
_____
Christopher J. Scott