UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE,          ) | |
| MICHAEL CHATTELLE,            )    | C.A. NO. 03-12239-WGY |
|     Plaintiffs,         ) | |
|     v.                        ) | |
| VIRIATO M. FIALLO, M.D;      ) | |
| BAYSTATE MEDICAL CENTER;  ) | |
| HUBBARD REGIONAL             ) | |
| HOSPITAL;                             ) | |
| LUIGI QUERUSIO, M.D.          ) | |
|     Defendants.          ) | |
|                               ) | |

**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to United States District Court Local Rule 16.1(D), the parties propose the following schedule for the subject litigation.

**I. PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

   **A.** Establishment of a Pre-Trial Schedule, Including Discovery and Motions

   **B.** Settlement Proposal & Responses Thereto

II. **JOINT DISCOVERY PLAN & FILING OF MOTIONS**

1. All non-expert written discovery shall be completed by August 31, 2005.
2. All non-expert depositions shall be completed shall be completed by February 28, 2006.
3. All expert disclosures and depositions shall be completed by August 31, 2006
4. All dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before October 31, 2006.

5. All opposition to dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before December 31, 2006.
6. All replies to oppositions to dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before January 31, 2007

### III. TRIAL BEFORE A MAGISTRATE

Not all the parties have consented.

### IV. ALTERNATIVE DISPUTE RESOLUTION

The parties consent to considering participating in alternative dispute resolution at the appropriate time.

### IV.  SETTLEMENT PROPOSAL

The present settlement demand of the Plaintiffs is $2,500,000.00.

### V.  CERTIFICATIONS

The parties have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs. Certificates pursuant to Local Rule 16.1 (D)(3) will be or have been submitted separately.

### VI.  ADDITIONAL ISSUES

None.

| | |
|---|---|
| Plaintiffs,<br>Rosemary Chattelle, and<br>Michael Chattelle,<br>By Their Attorneys, | Defendant,<br>Luigi Querusio, M.D.,<br>By His Attorney, |
| /s/ David P. Angueira<br>David P. Anguiera, Esq.<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA 02108<br>(617) 742-1900 | /s/ Brent A. Tingle<br>Brent A. Tingle, Esq.<br>Morrison, Mahoney & Miller<br>One Chestnut Place<br>10 Chestnut Street – Suite 470<br>Worcester, MA 01681<br>(508) 757-7777 |
| Defendant,<br>Hubbard Regional Hospital,<br>By Its Attorneys, | Defendant,<br>Viriato M. Fiallo, M.D.,<br>By His Attorneys, |
| /s/ Allison K. Blew<br>Allison K. Blew, Esq.<br>Foster & Eldridge, LLP<br>One Canal Park<br>Cambridge, MA 02141<br>(617) 252-3366 | /s/Kevin C. Reidy<br>Kevin C. Reidy, Esq.<br>Martin, Magnuson, McCarthy & Kenney<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3240 |
| Defendant,<br>Baystate Medical Center,<br>By Its Attorneys, | |
| /s/ Michael H. Burke<br>Michael H. Burke, Esq.<br>Bulkley, Richardson, & Gelinas<br>1500 Main Street – Suite 2700<br>Post Office Box 15507<br>Springfield, MA 01115<br>(413) 781-2820 | |