UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE,            )<br>MICHAEL CHATTELLE,               )<br>          Plaintiffs,                           )<br>     v.                                               )<br>VIRIATO M. FIALLO, M.D;          )<br>BAYSTATE MEDICAL CENTER;  )<br>HUBBARD REGIONAL               )<br>HOSPITAL;                                   )<br>LUIGI QUERUSIO, M.D.              )<br>          Defendants.                       )<br>_____)  | C.A. NO. 03-12239-WGY |

**PLAINTIFFS', ROSEMARY & MICHAEL CHATTELLE
CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)**

The plaintiffs, Rosemary and Michael Chattelle, by and through their authorized representative, hereby certify that, Pursuant to Local Rule 16.1 (D)(3) of the United States District Court for the District of Massachusetts, they have conferred with the undersigned counsel regarding the following matters:

(a) the establishment of a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Dated: February 9, 2005

        The Plaintiffs,
        Rosemary & Michael Chattelle,
        By Their Attorneys,

        /s/ **David P. Angueira**

        David P. Angueira, BBO No. 019610
        Swartz & Swartz
        10 Marshall Street
        Boston, MA 02108
        (617) 742-1900

## **CERTIFICATE OF SERVICE**

    I, David P. Angueira, hereby certify that a true copy of the foregoing document was served upon the attorney of record for the defendant, Virato Fiallo, M.D., by mail and on upon the attorney of record for each other party by electronic filing on February 8, 2005

        /s/ **David P. Angueira**

        David P. Angueira