UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ROSEMARY CHATTELLE and <br> MICHAEL CHATTELLE, <br> *Plaintiffs* <br> <br> vs. <br> <br> VIRIATO M. FIALLO, M.D., <br> BAYSTATE MEDICAL CENTER, <br> HUBBARD REGIONAL HOSPITAL, <br> LUIGI QUERUSIO, M.D., | ) <br> ) <br> ) <br> ) <br> ) C.A. NO.: 03-12239-MAP <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Luigi Querusio, M.D. in the above entitled case.

By his attorneys,

**MORRISON MAHONEY LLP**

/s/ Colin K. O'Brien
Colin K. O'Brien, BBO#653415
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608
(508) 757-7777