UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE,<br>MICHAEL CHATTELLE,<br>          Plaintiffs<br><br>v.<br><br>VIRIATO M. FIALLO, M.D., BAYSTATE<br>MEDICAL CENTER, HUBBARD<br>REGIONAL HOSPITAL and LUIGI<br>QUERUSIO, M.D.,<br>          Defendants | Civil Action No. 03-12239-MAP |

SCHEDULING ORDER
February 15, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be completed by August 31, 2005.

2. Non-expert depositions shall be completed by February 28, 2006.

3. Counsel shall appear for a case management conference on March 2, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge