UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE, )<br>MICHAEL CHATTELLE, )<br>　　　　Plaintiffs )<br>)<br>vs. )<br>)<br>)<br>VIRIATO M. FIALLO, M.D.; )<br>BAYSTATE MEDICAL CENTER; )<br>HUBBARD REGIONAL HOSPITAL; )<br>LUIGI QUERUSIO, M.D. )<br>　　　　Defendants ) | 03cv12239-MAP<br>C.A. No. 03-~~12238 NG~~ |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1A(2)

I, Sean M. Ennis, counsel for the defendant, Viriato M. Fiallo, M.D., certify pursuant to Rule 7.1A(2) of the Local Rules of the United States District Court for the District of Massachusetts that, on January 17, 2006, I conferred with counsel for the plaintiffs concerning this motion in a reasonable and good faith effort to resolve or narrow the issues presented. As a result of such conference, counsel for the plaintiffs and undersigned counsel have been unable to reach an agreement regarding this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF JANUARY 2006.

　　　　　　　　　　　　　　　　／s／ Sean M. Ennis
　　　　　　　　　　　　　　　　Sean M. Ennis, BBO No. 641132
　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　Viriato M. Fiallo, M.D.
　　　　　　　　　　　　　　　　MARTIN, MAGNUSON, McCARTHY & KENNEY
　　　　　　　　　　　　　　　　101 Merrimac Street
　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　(617) 227-3240