UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br> Plaintiffs <br><br> vs. <br><br> VIRIATO M. FIALLO, M.D.; <br> BAYSTATE MEDICAL CENTER; <br> HUBBARD REGIONAL HOSPITAL; <br> LUIGI QUERUSIO, M.D. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) 03 CV12239-MAP <br> ) C.A. No. 03-~~12238 NG~~ <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I, Sean M. Ennis, attorney for defendant, Viriato M. Fiallo, M.D., hereby certify that on the 17th day of January, 2006, I served the within documents upon all counsel of record by mailing a copy, postage prepaid, to David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108; Michael H. Burke, Esq., Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA 01115-5507; Allison K. Blew, Esq., Foster & Eldridge, One Canal Park, Suite 2100 Cambridge, MA 02141; and Brent A. Tingle, Esq., Morrison Mahoney LLP, 10 Chestnut Street, Worcester, MA 01608.

_/s/ Sean M. Ennis_
Kevin C. Reidy, BBO#: 567760
Sean M. Ennis, BBO#: 641132
Attorneys for Defendant, Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240