UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE,<br>MICHAEL CHATTELLE,<br>　　　Plaintiffs<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.;<br>BAYSTATE MEDICAL CENTER;<br>HUBBARD REGIONAL HOSPITAL;<br>LUIGI QUERUSIO, M.D.<br>　　　Defendants | )<br>)<br>)<br>)<br>)　　03CV12239-MAP<br>) C.A. No. ~~03-12238-NG~~<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1A(2)

I, Sean M. Ennis, counsel for the defendant, Viriato M. Fiallo, M.D., certify pursuant to Rule 7.1A(2) of the Local Rules of the United States District Court for the District of Massachusetts that, on January 17, 2006, I conferred with counsel for the plaintiffs concerning this motion in a reasonable and good faith effort to resolve or narrow the issues presented. As a result of such conference, counsel for the plaintiffs and undersigned counsel have been unable to reach an agreement regarding this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF FEBRUARY 2006.

_____
Sean M. Ennis, BBO No. 641132
Attorney for Defendant,
Viriato M. Fiallo, M.D.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240