UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br> Plaintiffs <br><br> vs. <br><br> VIRIATO M. FIALLO, M.D.; <br> BAYSTATE MEDICAL CENTER; <br> HUBBARD REGIONAL HOSPITAL; <br> LUIGI QUERUSIO, M.D. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) 03 CV 12239-MAP <br> ) C.A. No. 03-~~12238-NG~~ <br> ) <br> ) <br> ) <br> ) <br> ) |

## COURT ORDER FOR SOCIAL SECURITY DISABILITY RECORDS

It is hereby ordered that the **Keeper of the Records for the Social Security Administration,** or the person or persons in charge of these records, shall furnish to attorney for the defendant, Viriato M. Fiallo, M.D., the complete Social Security Disability Insurance file pertaining to **Rosemary Chattelle**, S.S.N. -1419, including but not limited to, applications for benefits, medical reports, medical records, reports of independent medical exams, correspondence, notices, Administrative Law Judge decisions, documentation of payments, and complete transcripts and/or tapes of any and all hearings held in connection with the plaintiff's claim for Social Security disability benefits.

By the court,

_/s/_____
Magistrate Judge, United States District Court for the
District of Massachusetts.

DATED: March 2, 2006