UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROSEMARY CHATTELLE, | ) | |
| MICHAEL CHATTELLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-12239-MAP |
| | ) | |
| | ) | |
| | ) | |
| VIRIATO M. FIALLO, M.D., BAYSTATE | ) | |
| MEDICAL CENTER, HUBBARD | ) | |
| REGIONAL HOSPITAL, LUIGI | ) | |
| QUERUSIO, M.D., | ) | |
| Defendants | ) | |

SCHEDULING ORDER
March 2, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference

this day:

1.    Plaintiffs shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by June 1, 2006.

2.    Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by July 14, 2006.

3.    All expert depositions shall be completed by September 1, 2006.

4.    By September 29, 2006, Defendants shall file their motions for summary

judgment or notify the court in writing that no such motions will be filed.

5.    Plaintiffs shall respond to any motions for summary judgment by October

20, 2006.

6.      If no motions for summary judgment are filed, counsel shall appear for a

final pretrial conference on November 9, 2006, at 3:00 p.m. in Courtroom

One.  Pre-trial memoranda shall be prepared in accordance with the

provisions of Local Rule 16.5(D) and the Procedural Order entered this

date.

IT IS SO ORDERED.

DATED: March 2, 2006

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge