UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(SPRINGFIELD DIVISION)

```
ROSEMARY CHATTELLE,          )
MICHAEL CHATTELLE,           )      C.A. NO. 03-12239-MAP
        Plaintiffs,          )
    v.                       )
VIRIATO M. FIALLO, M.D;      )
BAYSTATE MEDICAL CENTER;     )
HUBBARD REGIONAL             )
HOSPITAL;                    )
LUIGI QUERUSIO, M.D.         )
        Defendants.          )
_____)
```

## JOINT MOTION TO EXTEND THE DISCOVERY PERIOD

This case involves allegations of negligence against all Defendants. The Complaint was filed on November 13, 2003. At present, the completion date for all non-expert depositions passed on February 28, 2006. All parties require additional time to conduct and complete the necessary non-expert depositions. Therefore, all parties respectfully request that the Court grant a sixty (60) day extension to June 15, 2006. The parties are still in agreement on maintaining the other completion dates as outlined by the Court in its Scheduling Order of March 2, 2006.

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs, | Defendant, Luigi Querusio, MD, |
| Rosemary Chattelle & Michael Chattelle, | By His Attorney, |
| By Their Attorney, | |
| | |
| /s/ David P. Angueira | /s/ Brent A. Tingle |
| | |
| David P. Angueira, Esq. | Brent A. Tingle, Esq. |
| Swartz & Swartz | Morrison Mahoney, LLP |
| 10 Marshall Street | One Chestnut Place |
| Boston, MA 02108 | 10 Chestnut Street – Suite 470 |
| (617) 742-1900 | Worcester, MA 01608 |

1

| | |
|---|---|
| Defendant, Hubbard Regional Hospital, By Its Attorney, | Defendant, Viriato M. Fiallo, MD, By His Attorney, |
| /s/ Allison K. Blew | /s/ Kevin C. Reidy |
| Allison K. Blew, Esq.<br>Foster & Eldrige, LLP<br>One Canal Park<br>Cambridge, MA 02141<br>(617) 252-3366 | Kevin C. Reidy, Esq.<br>Martin, Magnuson, McCarthy & Kenney<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3240 |

Defendant, Baystate Medical Center
By Its Attorney,

/s/ Michael Burke

Michael H. Burke, Esq.
Bulkley, Richardson & Gelinas
1500 Main Street – Suite 2700
Post Office Box 15507
Springfield, MA 01115-5507
(413) 781-2820

Dated: April 11, 2006

## **CERTIFICATE OF SERVICE**

  I, David P. Angueira, Esquire, do hereby certify that I have served a copy of the within *Joint Motion to Extend the Discovery Period* upon the Defendants by electronic mailing, to all counsel, to wit:

Michael H. Burke
Bulkley, Richardson & Gelinas, LLP
1500 Main Street Suite 2700
P.O. Box 15507
Springfield MA  01115

Brent A. Tingle, Esq.
Morrison, Mahoney & Miller, LLP
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608

Joan Eldridge, Esq.
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA  02139

Kevin C. Reidy, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114

                /s/ David P. Angueira
                _____
Dated: April 11, 2006        David P. Angueira BBO#019610