UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D., | )<br>)<br>)<br>)<br>)   C.A. NO.: 03-12239-WGY<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Colin K. O'Brien, as attorney for the defendant, Luigi Querusio, M.D. in the above-entitled case.

Brent A. Tingle will remain as attorney for the defendants.

                                            Defendant,
                                            By his attorney,

                                            **MORRISON MAHONEY LLP**

                                            /s/ Colin K. O'Brien
                                            Colin K. O'Brien, #6553415
                                            One Chestnut Place
                                            10 Chestnut Street, Suite 470
                                            Worcester, MA  01608
                                            (508) 757-7777

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D., | )<br>)<br>)<br>)<br>) C.A. NO.: 03-12239-WGY<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

Boston, Massachusetts                                                          April 25, 2006

  I, Brent A. Tingle, attorney for the defendant, Luigi Querusio, M.D., hereby certify that I have this day served the foregoing:

**Notice of Withdrawal of Appearance of Colin K. O'Brien**

by mailing a copy thereof, postage prepaid, to the following counsel of record.

Defendant,
By his attorney,

**MORRISON MAHONEY LLP**

/s/ Colin K. O'Brien
Colin K. O'Brien, #6553415
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA 01608
(508) 757-7777