UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br><br> Plaintiffs, <br><br> v. <br><br> VIRIATO M. FIALLO, M.D., <br> BAYSTATE MEDICAL CENTER [sic], <br> HUBBARD REGIONAL HOSPITAL, <br> LUIGI QUERUSIO, M.D. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. NO. 03-12239-MAP <br><br><br><br> STIPULATION OF DISMISSAL, <br> WITH PREJUDICE, WITH <br> RESPECT TO DEFENDANT <br> BAYSTATE MEDICAL CENTER <br> [SIC], ONLY |

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice, with respect to defendant, Baystate Medical Center [sic], only.

Dated: June 16, 2006

| | |
|---|---|
| The Plaintiffs <br> Rosemary Chattelle & Michael Chattelle <br> By Their Attorneys: | The Defendant <br> Baystate Medical Center [sic] <br> By Its Attorneys: |
| **/s/ David P. Angueira** | **/s/ Michael H. Burke** |
| Edward M. Swartz, BBO No. 489540 <br> David P. Angueira, BBO No. 019610 <br> Swartz & Swartz <br> 10 Marshall Street <br> Boston, MA 02108 <br> (617) 742-1900 | Michael H. Burke, BBO No. 065400 <br> Christopher J. Scott, BBO No. 640750 <br> Bulkley, Richardson and Gelinas, LLP <br> 1500 Main Street, Suite 2700 <br> Springfield, MA 01115 <br> (413) 781-2820 |

| The Defendant<br>Hubbard Regional Hospital<br>By Its Attorneys: | The Defendant<br>Luigi Querusio, M.D.<br>By His Attorneys: |
|---|---|
| **/s/ Allison K. Blew** | **/s/ Brent A. Tingle** |
| Martin C. Foster, BBO No. 175860<br>Allison K. Blew, BBO No. 647494<br>Foster & Eldridge, LLP<br>One Canal Park<br>Cambridge, MA  02141<br>(617) 252-3366 | Brent A. Tingle, BBO No. 559974<br>Morrison Mahoney, LLP<br>One Chestnut Place<br>10 Chestnut Street, Suite 470<br>Worcester, MA  01608<br>(508) 757-7777 |

The Defendant
Viriato M. Fiallo, M.D.
By His Attorneys:

**/s/ Kevin C. Reidy**

Kevin C. Reidy, BBO No. 567760
Sean M. Ennis, BBO No. 641132
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

<u>Certificate of Service</u>

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by electronic filing on June 16, 2006.

**/s/ Christopher J. Scott**

Christopher J. Scott