UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| ROSEMARY CHATTELLE and MICHAEL | ) | |
| CHATTELLE | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-12239-WGY |
| | ) | |
| VIRIATO M. FIALLO, M.D., BAYSTATE | ) | |
| MEDICAL CENTER, HUBBARD | ) | |
| REGIONAL HOSPITAL, LUIGI | ) | |
| QUERUSIO, M.D., | ) | |
| *Defendants* | ) | |

## THE DEFENDANT, LUIGI QUERUSIO, M.D.'S, EXPERT WITNESS DISCLOSURES REGARDING CRAIG PATERSON, M.D.

Pursuant to Rule 26 (a) (2) the Federal Rules of Civil Procedure, the defendant, Dr. Querusio, provides the following expert disclosure with respect to the anticipated trial testimony of Craig Paterson, M.D.

Dr. Paterson is Board-certified in colorectal surgery. Dr. Paterson's education training and experience are further described in his curriculum vitae attached hereto as Exhibit 1. Dr. Paterson will testify based upon his education training and experience as it relates to the surgery performed by the co-defendant, Dr. Fiallo, as well as the subsequent life-saving surgery performed by Dr. Querusio.

Dr. Paterson will testify regarding the appropriate standards of care as they relate to a general surgeon performing both the original surgical procedure performed upon Ms. Chattelle by Dr. Fiallo, as well as the subsequent life-saving surgery performed by Dr. Querusio in March of 2001.

Dr. Paterson will also testify regarding the issues of causation and damages. Dr. Paterson further reserves the right to specifically rebut the testimony of any expert witnesses called by the plaintiff at trial.

Dr. Paterson will testify generally regarding the anatomy involved in the surgical procedures performed upon the plaintiff in this case. He will testify regarding the surgical techniques undertaken at the time of the procedure performed by Dr. Fiallo at Bay State Medical Center, as well as the surgical technique employed by Dr. Querusio during the emergency surgery performed by him on or about March 3, 2001. He will testify that Dr Fiallo and Dr Querusio complied with the applicable standard of care with respect to each of these procedures.

Dr. Paterson will testify that Dr. Querusio's surgery on or about March 3, 2001 was entirely appropriate given the diagnosis of fecal peritonitis. Dr. Paterson will testify that although the original surgery performed by Dr. Fiallo was appropriate, and that Dr. Fiallo's care was in accordance with the accepted standard of care for a general surgeon, the patient nonetheless developed a life-threatening complication of this surgery which prompted Dr. Querusio's urgent surgical consult on March 3, 2001. Dr. Paterson will testify that the patient had an acute abdomen at the time of Dr. Querusio's examination, and that Dr. Querusio's decision to immediately take the patient to the operating room was appropriate and entirely consistent with accepted practice standards. Dr. Paterson will testify that Dr. Querusio appropriately identified the site of the previous anastomosis as the source of the contamination that caused the patient's fecal peritonitis.

Dr. Paterson will testify that Dr. Querusio managed this emergent condition entirely appropriately notwithstanding the fact that his emergency surgery was complicated by the presence of the mesh placed during her previous operation. The presence of this mesh made both placement of a colostomy, and closure of the abdominal wall difficult.

Dr. Paterson will testify that Dr. Querusio appropriately performed a Hartman's procedure and left multiple Penrose drains in place following surgery.

In summary, Dr. Paterson will testify that the emergent surgical care provided by Dr. Querusio, the plaintiff, was entirely appropriate, and indeed was life saving for this acute surgical emergency.

Dr. Paterson will testify that more probably than not, the patient would have expired as a consequence of her prior surgical complications, but for the emergent, life-saving interventions of Dr. Querusio.

Dr. Paterson will also testify in detail regarding the patient's post-operative course. He will testify that Dr. Querusio met the standard of care with respect to his post-operative management of this patient. Dr. Paterson will also testify that the plaintiff presented significant challenges from a post-operative standpoint in light of her previous narcotic usage, and the presence of synthetic mesh material.

Dr. Paterson will further testify that it was entirely appropriate for Dr. Querusio to manage this patient conservatively, and to stabilize her condition, before referring her to the colorectal surgeon, Dr. Bleday, in Boston for further surgery including pelvic floor reconstruction. Dr. Paterson will testify that the timing of Dr. Querusio's ultimate referral of this patient to Dr. Bleday for further management was entirely appropriate and consistent with accepted practice standards for the management of a post-operative patient with the plaintiff's medical conditions.

Dr. Paterson will also testify that the plaintiff had ongoing issues with infection during her post-operative course which were appropriately managed by Dr. Querusio. Dr. Paterson will testify that this was a challenging post-operative patient given the multiple potential sources of

infection including possible intra-abdominal abscesses, the presence of mesh material as well as other potential sources of infection.

Dr. Paterson will testify that the patient appears to have developed what is sometimes referred to as a "blow-out" of the rectal stump. Dr. Paterson will testify that this is not an unusual development given the patient's prior medical and surgical history including the multiple post-operative complications she sustained following her initial surgery with Dr. Fiallo.

Dr. Paterson will testify that contrary to the opinion of the plaintiff's expert, the performance of a so-called "abscessogram" would not have altered the management of this patient in any way, and that Dr. Querusio's decision to not order a so-called "abscessogram" does not constitute a deviation from the standard of care. Rather, Dr. Querusio managed this patient appropriately for her rectal stump problem, including seeing the patient at appropriate intervals, and ordering appropriate diagnostic tests and studies.

Dr. Paterson will testify that Dr. Querusio's decision to manage the rectal stump conservatively was appropriate and entirely within accepted practice standards. Dr. Paterson will testify that Dr. Querusio's decision to manage the patient conservatively, in lieu of performing further surgery for the rectal stump was entirely appropriate. As expected the patient developed a fistula tract to the skin which allowed the rectal stump to resolve itself without the need for further surgical intervention. Indeed, Dr. Paterson will testify that this patient was at high risk for further surgical complication including infection, and that Dr. Querusio's decision to manage her post-operative course conservatively was entirely appropriate and within accepted practice standards.

Finally, Dr. Paterson will testify that Dr. Querusio arranged a timely referral to a colorectal specialist in Boston for appropriate care, after the patient's condition had progressed to the point where further surgical consultation with a specialist was appropriate.

In summary, Dr. Paterson will testify that the intra-operative and post-operative care provided by Dr. Querusio to this patient was appropriate, within accepted practice standards, and saved the patient's life in the face of a life-threatening condition. Dr. Paterson will testify that the patient's multiple medical issues made her operative care as well as her post-operative care more difficult than the ordinary patient. Nonetheless, Dr. Querusio's management of this patient was entirely appropriate. Dr. Paterson will testify that there is nothing that Dr. Querusio either did or failed to do that was a substantial contributing cause of any of the injuries alleged by the plaintiff. Rather, this patient had an extremely complex course following her initial surgical repair by Dr. Fiallo (which in the opinion of Dr. Paterson was also appropriately performed and managed post-operatively). The complications developed by this patient which prompted Dr. Querusio's emergency surgery were not the consequence of any substandard care. Rather, the patient's complications as managed by Dr. Querusio intra-operatively and post-operatively were simply an unfortunate medical result caused by the patient's complex underlying medical conditions.

Dr. Querusio further incorporates by reference the attached expert report of Dr. Paterson attached hereto as Exhibit 2. Dr Querusio also incorporates by reference the expert disclosures of

the co-defendants and reserves the right to call at trial any expert disclosed by any co-defendant to this case to testify on his behalf.

Finally, with respect to prior testimonial history on the part of Dr. Paterson, Dr. Querusio refers the parties to the documentation attached hereto as Exhibit 3.

Luigi Querusio, M.D.,
By his attorneys,
**MORRISON MAHONEY LLP**


  /s/Brent A. Tingle
Brent A. Tingle, BBO #559974
Colin K. O'Brien, BBO#653415
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608
(508) 757-7777


I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney
of record for each (other) party by mail
(by hand) on _____
_____.

# EXHIBIT 1

# CURRICULUM VITAE

## CRAIG ALEXANDER PATERSON, MD, MSc, FRCS(C), FACS, FASCRS

## PERSONAL DATA

**Date & Place of Birth:**  June 27, 1964
Glascow, Scotland

**Social Security #:**  ████████ (Canada)
(USA)

**Present Position:**  Associate Professor of Surgery
University of Massachusetts Medical School
Chief, Section of Colon and Rectal Surgery,
Department of Surgery
UMass/Memorial Health Care

**Address:**  UMass Memorial Health Care
Section of Colon and Rectal Surgery, Suite 201
67 Belmont St
Worcester, MA  01605

**Telephone:**  Office: (508) 334-8195
Fax: (508) 334-8130
E-mail: patersoc@ummhc.org

## EDUCATION

CLINICAL FELLOW                                              1997-1998
Colon and Rectal Surgery
*Mayo Clinic*
*Rochester, Minnesota*

CHIEF SURGICAL RESIDENT                                      1996-1997
*McMaster University*
*Hamilton, Ontario*

| | |
|---|---|
| MASTER OF SCIENCE PROGRAM<br>Physiology and Pharmacology<br>*(Concurrent with surgical residency)* | 1994-1996 |
| SURGICAL RESIDENT<br>*McMaster University*<br>*Hamilton, Ontario* | 1993-1996 |
| COMPREHENSIVE SURGICAL INTERNSHIP<br>*McMaster University*<br>*Hamilton, Ontario* | 1992-1993 |
| M.D. PROGRAM<br>*McMaster University*<br>*Hamilton, Ontario* | 1989-1992 |
| MASTERS OF SCIENCE PROGRAM<br>*McMaster University*<br>*Hamilton, Ontario* | 1988-1989 |
| BACHELOR OF SCIENCE<br>Honors Chemistry<br>*McMaster University*<br>*Hamilton, Ontario* | 1983-1988 |

# PROFESSIONAL DATA

## ACADEMIC APPOINTMENTS / HOSPITAL COMMITTEES

| | |
|---|---|
| ❖ Associate Professor of Surgery<br>University of Massachusetts Medical School | 2005 |
| ❖ Chief, Section of Colon and Rectal Surgery | 2004-present |
| ❖ Chair, Morbidity and Mortality Conference | 2004-present |
| ❖ Conscious Sedation Committee | 2004-present |
| ❖ Director, Anorectal Physiology Lab | 2002-present |
| ❖ Quality Assurance Committee | 2002-present |
| ❖ Assistant Professor of Surgery<br>University of Massachusetts Medical School | 2001-2005 |
| ❖ Digestive Disease Program Executive | 2000-2001 |
| ❖ Endoscopy Committee | 1999-2001 |
| ❖ Assistant Professor of Surgery<br>McMaster University | 1998-2001 |
| ❖ Post Graduate Education Committee | 1992-1995 |
| ❖ Prelicensure Subcommittee | 1992-1995 |
| ❖ Residency Evaluation Committee | 1992-1995 |

2

NATIONAL COMMITTEES AND APPOINTMENTS
❖ American Society of Colon and Rectal Surgeons
    ○ Website Site Committee                    2003-present
    ○ Young Surgeons Committee                  2004-present


PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS
❖ Fellow of the Royal College of Surgeons of Canada
❖ Fellow of the American College of Surgeons
❖ Fellow of the American Society of Colon and Rectal Surgeons
❖ New England Society of Colon and Rectal Surgeons
❖ International Motility Society
❖ Society for Surgery of the Alimentray Tract
❖ International Society for Digestive Surgery
❖ Society of American Gastrointestinal Endoscopic Surgeons
❖ American College of Physician Executives


CURRENT QUALIFICATIONS AND DEGREES HELD
❖ Fellow of the American College of Surgeons
❖ Fellow of the Amer. Society of Colon and Rectal Surgeons
❖ Independent Practice License (Massachusetts)
❖ Provincial Faculty – American College of Surgeons
        Committee on Trauma (ATLS)
❖ Diplomat of the Amer. Board of Colon and Rectal Surgeons
❖ Diplomat of the American Board of Surgery
❖ Fellow of the Royal College of Surgeons of Canada
❖ Licentiate of the Medical Council of Canada (LMCC)
❖ A.T.L.S. Instructor
❖ A.C.L.S. Provider


JOURNAL/GRANT REVIEW
❖ Journal of Cellular Biochemistry                2003
❖ Contemporary Surgery                            2004
❖ Journal of Surgical Research                    2004
❖ Diseases of the Colon and Rectum                2005


# WORK EXPERIENCE

Active Staff – Department of Surgery              2001-2005
*University of Massachusetts Medical*
*School & UMass Memorial Healthcare*
*Worcester, MA*

3

Active Staff – Department of Surgery                          1998-2001
Associate Member – Department of Medicine
Faculty – Intestinal Disease Research Programme
*McMaster University*
*Hamilton, Ontario*

# AWARDS and GRANTS

LEAD PHYSICIAN - UMASS MEMORIAL HEALTH CARE - UHC          2003
NATIONAL BOWEL SURGERY BENCHMARK PROJECT – RECOGNITION AS
 TOP PERFORMER STATUS

YOUNG INVESTIGATOR AWARD                                    1999
*17th International Symposium on Gastrointestinal Motility*

J.P. BICKELL FOUNDATION GRANT                              1999

PHYSICIANS SERVICES INC.                                   1996
*Research Award*

FIRST PRIZE                                                1995
*RESIDENT Research Day*

REGIONAL MEDICAL ASSOC.                                    1994
*Research Scholarship*

FIRST PRIZE                                                1994
*RESIDENT Research Day*

RUSSEL SCHOLARSHIP                                         1988
*For Academic Merit*

GRADUATED *SUMMA CUM LAUDA*                                1988

F.P. OLSON PRIZE –                                         1987
*For particular promise as a research scientist*

ONTARIO SCHOLAR                                            1983

4

## VISITING PROFESSORSHIPS

Department of Medicosurgical Gastroentrology, Endocrinology & Metabolism
*University of Linkoping*
*Linkoping, Sweden*
November 12-16, 2001

## PUBLICATIONS

FULL LENGTH, PEER-REVIEWED, ORIGINAL ARTICLES

Paterson C., Langer J., Cameron G. et al: Late anastomotic ulceration after ileocolic resection in childhood. *Can J Surg* 1993; 36(2): 162-164

Paterson C.A., Langer J.C., Somers S., et.al: Pneumatic reduction of intussusception using carbon dioxide. *Pediatr Radiol* 1994; 24: 296-297

Anvari M., Paterson C.A., Daniel E.E.: Role of nitric oxide mechanisms in control of pyloric motility and transpyloric flow of liquids in conscious dogs. *Digestive Diseases and Sciences* 1998; 43(3):506-512.

Anvari M., Paterson C.A., Daniel E.E., McDonald T.J.: Effect of GLP-1 on gastric emptying, antropyloric motility and transpyloric flow in response to a nonnutrient liquid. *Digestive Diseases and Sciences* 1998; 43(6):1133-40.

Craig A. Paterson, Tonia M. Young-Fadok, Richard M. Devine, Roger R. Dozois. Tubo-ovarian abscesses presenting as late complications of ileal pouch-anal anastomosis: Report of 3 cases. *Journal of Pelvic Surgery* 1998; 4(5):237-40.

Craig A. Paterson, Tonia M. Young-Fadok, Roger R. Dozois. Perianal basal cell carcinoma: a 20 year experience. *Diseases of the Colon and Rectum* 1999; 42(9):1200-02.

Paterson C.A., Anvari M., Tougas G, Huizinga J.D. Nitrergic and cholinergic vagal pathways involved in the regulation of canine proximal gastric tone: an in vivo study. *Neurogastroenterology and Motility* 2000; 12:301-6.

C.A. Paterson, M. Anvari, G. Tougas, J.D. Huizinga. Determinants of the Occurrence and Volume of Transpyloric Flow During Gastric Emptying of Liquids in Dogs: Importance of Vagal Input. *Digestive Diseases and Sciences* 2000; 45(8):1509-16.

Horgan AF, McConnell EJ, Wolff BG, The S, Paterson C. Atypical diverticular disease: surgical results. *Dis Colon Rectum* 2001;44:1315-1318.

5

C. Paterson, L. Musselman, K. Chorneyko, S. Reid, J. Rawlinson. Merkel cell (neuroendocrine) carcinoma of the anal canal: report of a case. *Diseases of the Colon and Rectum* 2003;46(5): 676-8.

XY Wang, C Paterson and JD Huizinga. Cholinergic and nitrergic innervation of ICC-DMP and ICC-IM in the human small intestine. *Neurogastroenterology and Motility* 2003;15:531-43.

R. Ricciardi, C.A. Paterson, S. Islam, W.B. Sweeney, S.P. Baker, Timothy C. Counihan. Independent Predictors of Morbidity and Mortality in Blunt Colon Trauma. *The American Surgeon* 2004;70(1):75-9.

JD Soderholm, C Streutker, P-C Yang, C Paterson, PK Singh, DM McKay, PM Sherman, K Croitoru, MH Perdue. Increased Epithelial Uptake of Protein Antigens in the Ileum of Crohn's Disease Mediated by TNFα *Gut* 2004;53:1817-24.

Simunovic M, Paterson CA, Coates A, Wright JR, Levine MN. Pilot Study of the Quality Initiative in Rectal Cancer Strategy *Diseases of the Colon and Rectum* 2004;47(10):1594-8.

## NON PEER-REVIEWED PUBLISHED ARTICLES

Craig A. Paterson, John H. Pemberton: Sphincter-sparing operations for rectal cancer. *Current Opinion in Gastroenterology* 1998; 14(1):27-30.

Craig A. Paterson. Controlling postop pain after anorectal surgery. *Selected Topics in Colon and Rectal Surgery - 11th edition*.

Craig A. Paterson, Roger R. Dozois. The Ileal Pouch-Anal Anastomosis: success and failure. *Chirurgie* 1998; 123(6): 545-9.

Jan D. Huizinga, Xuan-Yu Wang and Craig A. Paterson. Gastric Pacemaker Activity and Regulation of Gastric Emptying *the chaotic EGG.. Neurogastroenterologia* 2000; 6(4):165-72.

## SYLLABUSES, NEWSLETTERS AND OTHER PUBLICATIONS SUBMITTED

C.A. Paterson, R.R. Dozois. The Ileo-anal Anastomosis: Factors of Success or Failure. Syllabus for the 8th World Congress of the International Gastro-Surgical Club. Strasbourg, France, April 1998, 715-720.

Mark Y. Sun, Jonathan J Canete, John C. Friel, Janet McDade, Sudershan Singla, Craig A. Paterson, Timothy C. Counihan. Combination Propofol/Ketamine

Is A Safe and Efficient Anesthetic Approach to Anorectal Surgery.    Submitted to Diseases of the Colon and Rectum August 2005.

J. M.Walz, C. Paterson, J. Seligkowsky, S.O. Heard. Surgical Site Infection following bowel surgery: A retrospective analysis of 1446 patients. Archives of Surgery, accepted for publication

## ABSTRACTS, LETTERS AND EDITORIALS

Anvari M., Paterson C.A., Daniel E.E., Head T.:   Effect of L-NNA on antropyloric motility, transpyloric flow and gastric emptying of non-nutrient liquids in conscious dogs. (Abstract) *Gastroenterology* 1994; 106(4pt2): A460

Anvari M.,   Paterson C.A.,   Daniel E.E.,   McDonald T.J.:   Effect of GLP-1 on antropyloric motility, transpyloric flow and gastric emptying of non-nutrient liquids in conscious dogs. (Abstract) *Gastroenterology* 1995; 108(4): A563

Paterson C.A.,  Anvari M.,  Huizinga J.,  Compare T.:  Effect of reversible vagotomy on antral and pyloric regulation of transpyloric flow. (Abstract) *Gastroenterology* 1995; 108(4): A666

Adrian Park, Mike Marcaccio, Peter Fitzgerald, Craig Paterson:   Superiority of the lateral approach to laparoscopic splenectomy over open splenectomy. (Abstract) *Surgical Endoscopy* 1996; 10(2): 215.

Paterson C.A., Huizinga J.D., Anvari M., Tougas G.:  Nitric oxide regulates  gastric tone through a central or presynaptic action on cholinergic nerves.   (Abstract) *Gastroenterology* 1996; 110(4): A732.

Paterson C.A., Anvari M., Tougas G, Huizinga J.D.  Relationship between nitrergic and cholinergic vagal pathways involved in the regulation of canine fundic tone: an in vivo study.  (Abstract) *Neurogastroenterology and Motility* 1999; 11(4):279.

Paterson C.A., Anvari M., Tougas G, Huizinga J.D.  Determinants of the occurrence and volume of individual flow pulses during gastric emptying of liquids in conscious dogs: importance of vagal input. (Abstract) *Neurogastroenterology and Motility* 1999; 11(4):279.

SC Ganguli, MV Kamath, M Mohammed, C Paterson, EJ Irvine, SM Collins, G Tougas. Patients with Inflammatory Bowel Disease (IBD) Demonstrate Distinct Abnormalities of Autonomic Function.  (Abstract)  *Can J Gastroenterol* 2001;15 suppl A:15A

M.I. Simunovic, C. Paterson, A.J. Coates, J.R. Wright, D. DePetrillo, M. Levine. The Pilot Project of the Quality Initiative in Rectal cancer (QIRC) Strategy. (Abstract) *Annals of Surgical Oncology* 2002; 9(1) suppl S22.

7

Johan D. Soderholm, Ping-Chang Yang, Cathy Streutker, <u>Craig Paterson</u>, Robert Riddell, Kenneth Croitoru, Derek McKay, Philip H. Sherman and Mary H. Perdue. Abnormal Barrier Function in the Non-Inflamed Ileum after Resection for Crohn's Disease: Primary or Secondary Defect? (Abstract) *Supplement to Gastroenterology* 2002; 122(4):S826.

P. Bhargava, M. S. Smyczynski, R. Swanson, W. Wassef, T. C. Counihan, <u>C. Paterson</u>, J. O'Donnell, D. M. Savarese. Preoperative chemoradiotherapy with weekly paclitaxel for localized rectal cancer (Abstract)  Proceedings of ASCO 2003; 22:370.

<u>Craig Paterson</u>.  Reply to a Letter to the Editor.  *Diseases of the Colon and Rectum* 2004; 47(2):257.

## BOOK CHAPTERS

Paterson CA, Nelson H.  Surgical approach to locally recurrent disease. In: Audisio RA, Geraghty JG, Longo WE (eds) *Modern Management of Cancer of the Rectum*, Springer-Verlag, London. 2001

Paterson CA, Nelson H.  Laparoscopic colorectal surgery for cancer. In: Scholefield J (ed) *Challenges in Colorectal Cancer*, Blackwell Science, Oxford.  March 2000.

# INVITED LECTURES AND PRESENTATIONS

"*Research and clinical applications of the electronic barostat*", Medical Grand Rounds, Samsung Medical Center, University of Seoul, Seoul, Korea, April 24, 1995.

"*Sites of action of GLP-1 to inhibit transpyloric flow and gastric emptying of non-nutrient liquids in conscious dogs*", (poster presentation) Royal College of Physicians and Surgeons of Canada; Canadian Association of Gastroenterology, Montreal, Quebec, September 16, 1995.

"*Effect of reversible vagotomy on antral and pyloric regulation of transpyloric flow*" (poster presentation) Royal College of Physicians and Surgeons of Canada; Canadian Association of General Surgeons, Montreal, Quebec, September 17, 1995.

"*Nitric oxide regulates gastric tone through a central or presynaptic action on cholinergic nerves*", (poster presentation) American Gastroenterological Association, San Francisco, California, May 19, 1996.

Contributing Speaker at Sixth Annual Trauma Day, Hamilton Civic Hospitals, Hamilton, Ontario, November 29, 1996.

"*Basal cell carcinoma of the perianal region: A 20 year experience*", (poster presentation) American Society of Colon and Rectal Surgeons, San Antonio, Texas, May 17, 1998

"*Rectal Cancer: Surgical Approach to Recurrent Disease*".  General Surgery Grand Rounds, McMaster University Medical Center, Hamilton, Ontario, October 28, 1998.

"*Trauma – Real Life in the ER*".  Student Surgical Society Meeting. McMaster University Medical Center, Hamilton, Ontario, November 2, 1998.

"*Smouldering Diverticular Disease: Does it Exist and Can We Treat it ?*"  (poster presentation)  American Society of Colon and Rectal Surgeons, Washington, DC, May 3, 1999.

"*Intestinal Stomas*".  Multi-disciplinary Ostomy Care Update, Hamilton Health Sciences Corporation, Hamilton, Ontario, June 18, 1999.

"*Relationship between nitrergic and cholinergic vagal pathways involved in the regulation of canine fundic tone: an in vivo study*"  (oral presentation) 17th International Symposium on Gastrointestinal Motility, Bruge, Belgium, September 14-17, 1999.

"*Determinants of the occurrence and volume of individual flow pulses during gastric emptying of liquids in conscious dogs: importance of vagal input*"  (poster presentation) 17th International Symposium on Gastrointestinal Motility, Bruge, Belgium, September 14-17, 1999.

"*Laparoscopic Treatment of Rectal Prolapse*"  Advanced Laparoscopic Colorectal Surgery Course.  Centre for Minimal Access Surgery, Hamilton, Ontario, January 21, 2000.

"*Rectal Cancer – How Low Can We Go?*"  Southern Ontario Surgical Society.  Niagara on the Lake, Ontario.  May 12, 2000.

"*Surgical Problems of the Ileo-anal Pouch*"   8th Postgraduate November Symposium - Techniques in Colorectal Surgery and Beyond. Linköping, Sweden November 15, 2001.

"UHC Bowel Surgery Benchmark Project"  University Healthsystem Consortium National Bowel Surgery Project.  Atlanta, Georgia.  January 31, 2003

"*Screening for Colorectal Cancer*"  Keynote Lecture. Jornadas Anuales Del Colegio De Cirujanos Generales Del Estado De Chihuahua.  Chihuahua, Mexico. June 13-14, 2003

"*Advances in the Management of Rectal Cancer*"  Jornadas Anuales Del Colegio De Cirujanos Generales Del Estado De Chihuahua.  Chihuahua, Mexico. June 13-14, 2003

"*Laparoscopic Peritoneal Lavage for Complicated Sigmoid Diverticulitis*" (poster presentation) New England Surgical Society,  Montreal, Quebec, Canada, October 3, 2004

"*Combination Propofol/Ketamine Is A Safe and Efficient Anesthetic Approach to Anorectal Surgery*" (poster presentation) American Society of Colon and Rectal Surgeons, Philadelphia, Pennsylvania, May 3, 2005

"*Simple Harmonic Scalpel Hemorrhoidectomy is a Safe and Rapid Alternative to Conventional Hemorrhoidectomy*" (poster presentation) American Society of Colon and Rectal Surgeons, Philadelphia, Pennsylvania, May 3, 2005


# RESEARCH

## CLINICAL TRIALS

Principal Investigator (site). Title: *A multicenter, phase III, double-blind, placebo-controlled, parallel study of ADL 8-2698 in opioid-induced postoperative bowel dysfunction/postoperative ileus*.  2002-2003

# EXHIBIT 2

March 26, 2006
SUMMARY: Mrs Rosemary Chattelle vs Luigi Querusio, M.D.

Herewith is a review of the medical care given to Mrs. Rosemary Chattelle as pertaining to the events following her presentation to the emergency department of Hubbard Regional Hospital on March 3, 2001. I am board certified in both General and Colon and Rectal Surgery and am familiar with the appropriate standards of care involved in Mrs. Chattelle's medical history.

Relevant Background: Rosemary Chattelle (DOB 03/0101956) developed a communication between the vagina and rectum (rectovaginal fistula) as well as partial disruption of the anal sphincter muscles. The etiology of this problem, which resulted in the passage of stool through the vagina, remains unclear. She subsequently underwent a repair at Day Kimball Hospital, which failed. The patient requested another opinion and was seen by Dr. Leroy Charles, a Gynecologist at Bay State Medical Center in Springfield, MA. Due to the fact that this was a second attempt at repair, Dr Viriato Fiallo, a General Surgeon, was asked to see the patient in consultation and perform a de-functioning colostomy at the time of the rectovaginal fistula repair. On December 13, 2000, after repair of the fistula by Dr Charles, a laparoscopic sigmoid colostomy was performed by Dr Fiallo. The colostomy described in the operative report is a "functional end loop" which is used to minimize the amount of stool that spills over into the distal end of the bowel thereby maximizing the chances that the fistula repair will be successful. This approach, with utilizing a covering colostomy to protect a repair of a complex rectovaginal fistula is entirely within the standard of care. The patient was reported to have "done well" following the repair of the fistula.

Mrs. Chattelle was taken back to the operating room on February 1, 2001 after determining that the fistula had healed. The colostomy was reversed by Dr Fiallo thereby restoring intestinal continuity. The patient appeared to have issues with pain control early on in her postoperative course. The patient was noted to have an ileus and on February 3rd , 2001 was noted to have purulent drainage from the wound. On February 4th the staples were removed from the wound for what was believed to be a wound infection. The patient was also noted to have a right lower lobe infiltrate and was started on antibiotics for a possible pneumonia. On February 6th the patient was found to have redness and induration around the umbilicus and groin and the possibility of fasciitis was raised. The wound was explored at the bed side and no clear evidence of fasciitis was identified. On February 9th the patient was returned to the operating room and the diagnosis of necrotizing fasciitis and myositis of the abdominal wall was made. The anastomosis was inspected and found to be intact with no evidence of contamination of the peritoneal cavity. An extensive debridement of the left abdominal wall was performed at that time. The patient subsequently underwent repeated debridements of any non-viable tissue and on February 15th, after all necrotic tissue had been removed, underwent reconstruction of the abdominal wall with a bio-absobable mesh material (surgisis system). The patient was discharged to a rehabilitation facility on Feb 24th, 2001.

The patient was first seen by Luigi Querusio, MD, the surgeon on call to the emergency department, at the request of the Emergency Room Physician on 3/3/2001. The patient was taken to the operating room by Dr Querusio, who was the surgeon on call on that date, with the diagnosis of an acute abdomen, There is no clear record (and I do not believe) that the patient had been seen by Dr Querusio prior to this encounter. The patient had apparently been complaining of some abdominal pain in the rehab facility and had been sent directly to the ER. At the time of surgery, the patient was found to have fecal peritonitis and a hole in the previous anastomosis as the source of the contamination (Dr Querusio had not performed this procedure). The surgery was complicated by the presence of the mesh placed at her previous operation – this made both placement of a colostomy and closure of the abdominal wall difficult. Dr Querusio appropriately performed a Hartman's procedure and left multiple penrose drains (some surgeons prefer closed drains but these are still appropriate). It is my opinion that the emergent care performed by Dr Querusio was life saving at that point and entirely appropriate.

The patient's post-operative course was made particularly difficult because of previous narcotic usage and the presence of the synthetic mesh material. The patient had previously had a portion of her abdominal wall resected during her prior hospitalization. The patient remained in the Intensive Care Unit for approximately 1 week. Her course was also complicated by what appears to have been ongoing issues with infection. This patient would have been very difficult in that there were multiple potential sources of infection including possible intra-abdominal abscesses and the mesh material among other things. The patient developed, what appears in my opinion, to have been a "blow out" of the rectal stump. This would not have been unusual given the circumstances and the patients overall poor condition. Performing a so-called "Abscessogram" would not have altered the management of this patient. I would support the management off Dr Querusio as having met the standards of care. Personally, I would not have taken this patient back to the operating room for the rectal stump problem and, like him, would have managed conservatively with the anticipation that the patient would form a fistula tract to the skin as was the case.

On August 30, 2001, Dr Querusio arranged for a referral to Dr Ronald Bleday, colorectal specialist in Boston. Following this, the patient reportedly saw Dr Querusio again for an unrelated surgical condition for which he rendered treatment.

It is my opinion that Dr Querusio provided care to a patient that had a life threatening condition. The patient presented with several issues that made her care considerably more difficult. The standards of care appear to have been met and it is not apparent that the patient suffered any loss or damages as a result of the care rendered by Dr Querusio.

Respectfully submitted,

Craig A. Paterson, MD, MSc, FRCSC, FACS, FASCRS
Associate Professor of Surgery, Chief, Colon and Rectal Surgery
University of Massachusetts Medical Center

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| ROSEMARY CHATTELLE and MICHAEL CHATTELLE | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-12239-WGY |
| | ) | |
| VIRIATO M. FIALLO, M.D., BAYSTATE MEDICAL CENTER, HUBBARD REGIONAL HOSPITAL, LUIGI QUERUSIO, M.D., | ) | |
| *Defendants* | ) | |

## PRIOR TESTIMONIAL HISTORY OF CRAIG PATERSON, M.D.

Dr. Paterson has not testified as an expert witness in a medical malpractice case in the past four years. The only time that Dr. Paterson has been summonsed to testify on behalf of another party in a legal proceeding in the past four years relates to a hearing held before the Division of Administrative Law Appeals with respect to possible disciplinary action against another physician. Dr. Paterson was called to testify as a fact witness in this matter, and not as an expert witness.

5