UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

ROSEMARY CHATTELLE and MICHAEL )
CHATTELLE                       )
*Plaintiff*                     )
                                )
v.                              )          CIVIL ACTION NO. 03-12239-WGY
                                )
VIRIATO M. FIALLO, M.D., BAYSTATE )
MEDICAL CENTER, HUBBARD         )
REGIONAL HOSPITAL, LUIGI        )
QUERUSIO, M.D.,                 )
*Defendants*                    )

## THE DEFENDANT, LUIGI QUERUSIO, M.D.'S, EXPERT WITNESS DISCLOSURES REGARDING PETER MOWSCHENSON, M.D.

Pursuant to Rule 26 (a) (2) the Federal Rules of Civil Procedure, the defendant, Dr. Querusio, provides the following expert disclosure with respect to the anticipated trial testimony of Peter Mowschenson, M.D.

Dr. Mowschenson is Board-certified in general surgery. Dr. Mowschenson's education training and experience are further described in his curriculum vitae attached hereto as Exhibit 1. Dr. Mowschenson will testify based upon his education training and experience as it relates to the surgery performed by the co-defendant, Dr. Fiallo, as well as the subsequent life-saving surgery performed by Dr. Querusio.

Dr. Mowschenson will testify regarding the appropriate standards of care as they relate to a general surgeon performing both the original surgical procedure performed upon Ms. Chattelle by Dr. Fiallo, as well as the subsequent life-saving surgery performed by Dr. Querusio in March of 2001.

Dr. Mowschenson will also testify regarding the issues of causation and damages. Dr. Mowschenson further reserves the right to specifically rebut the testimony of any expert witnesses called by the plaintiff at trial.

Dr. Mowschenson will testify generally regarding the anatomy involved in the surgical procedures performed upon the plaintiff in this case. He will testify regarding the surgical techniques undertaken at the time of the procedure performed by Dr. Fiallo at Bay State Medical Center, as well as the surgical technique employed by Dr. Querusio during the emergency surgery performed by him on or about March 3, 2001. He will testify that Dr Fiallo and Dr Querusio complied with the applicable standard of care with respect to each of these procedures.

Dr. Mowschenson will testify that Dr. Querusio's surgery on or about March 3, 2001 was entirely appropriate given the diagnosis of fecal peritonitis. Dr. Mowschenson will testify that although the original surgery performed by Dr. Fiallo was appropriate, and that Dr. Fiallo's care was in accordance with the accepted standard of care for a general surgeon, the patient nonetheless developed a life-threatening complication of this surgery which prompted Dr. Querusio's urgent surgical consult on March 3, 2001. Dr. Mowschenson will testify that the patient had an acute abdomen at the time of Dr. Querusio's examination, and that Dr. Querusio's decision to immediately take the patient to the operating room was appropriate and entirely consistent with accepted practice standards. Dr. Mowschenson will testify that Dr. Querusio appropriately identified the site of the previous anastomosis as the source of the contamination that caused the patient's fecal peritonitis.

Dr. Mowschenson will testify that Dr. Querusio managed this emergent condition entirely appropriately notwithstanding the fact that his emergency surgery was complicated by the presence of the mesh placed during her previous operation. The presence of this mesh made both placement of a colostomy, and closure of the abdominal wall difficult.

Dr. Mowschenson will testify that Dr. Querusio appropriately performed a Hartman's procedure and left multiple Penrose drains in place following surgery.

In summary, Dr. Mowschenson will testify that the emergent surgical care provided by Dr. Querusio, the plaintiff, was entirely appropriate, and indeed was life saving for this acute surgical emergency.

Dr. Mowschenson will testify that more probably than not, the patient would have expired as a consequence of her prior surgical complications, but for the emergent, life-saving interventions of Dr. Querusio.

Dr. Mowschenson will also testify in detail regarding the patient's post-operative course. He will testify that Dr. Querusio met the standard of care with respect to his post-operative management of this patient. Dr. Mowschenson will also testify that the plaintiff presented significant challenges from a post-operative standpoint in light of her prior medical and surgical history.

Dr. Mowschenson will further testify that it was entirely appropriate for Dr. Querusio to manage this patient conservatively, and to stabilize her condition, before referring her to the colorectal surgeon, Dr. Bleday, in Boston for further surgery including pelvic floor reconstruction. Dr. Mowschenson will testify that the timing of Dr. Querusio's ultimate referral of this patient to Dr. Bleday for further management was entirely appropriate and consistent with accepted practice standards for the management of a post-operative patient with the plaintiff's medical conditions.

Dr. Mowschenson will also testify that the plaintiff had ongoing issues with infection during her post-operative course which were appropriately managed by Dr. Querusio. Dr. Mowschenson will testify that this was a challenging post-operative patient given the

multiple potential sources of infection including possible intra-abdominal abscesses, the presence of mesh material as well as other potential sources of infection.

Dr. Mowschenson will testify that the patient appears to have developed what is sometimes referred to as a "blow-out" of the rectal stump. Dr. Mowschenson will testify that this is not an unusual development given the patient's prior medical and surgical history including the multiple post-operative complications she sustained following her initial surgery with Dr. Fiallo.

Dr. Mowschenson will testify that contrary to the opinion of the plaintiff's expert, the performance of a so-called "abscessogram" would not have altered the management of this patient in any way, and that Dr. Querusio's decision to not order a so-called "abscessogram" does not constitute a deviation from the standard of care. Rather, Dr. Querusio managed this patient appropriately for her rectal stump problem, including seeing the patient at appropriate intervals, and ordering appropriate diagnostic tests and studies.

Dr. Mowschenson will testify that Dr. Querusio's decision to manage the rectal stump conservatively was appropriate and entirely within accepted practice standards. Dr. Mowschenson will testify that Dr. Querusio's decision to manage the patient conservatively, in lieu of performing further surgery for the rectal stump was entirely appropriate. As expected the patient developed a fistula tract to the skin which allowed the rectal stump to resolve itself without the need for further surgical intervention. Indeed, Dr. Mowschenson will testify that this patient was at high risk for further surgical complication including infection, and that Dr. Querusio's decision to manage her post-operative course conservatively was entirely appropriate and within accepted practice standards.

Finally, Dr. Mowschenson will testify that Dr. Querusio arranged a timely referral to a colorectal specialist in Boston for appropriate care, after the patient's condition had progressed to the point where further surgical consultation with a specialist was appropriate.

In summary, Dr. Mowschenson will testify that the intra-operative and post-operative care provided by Dr. Querusio to this patient was appropriate, within accepted practice standards, and saved the patient's life in the face of a life-threatening condition. Dr. Mowschenson will testify that the patient's multiple medical issues made her operative care as well as her post-operative care more difficult than the ordinary patient. Nonetheless, Dr. Querusio's management of this patient was entirely appropriate. Dr. Mowschenson will testify that there is nothing that Dr. Querusio either did or failed to do that was a substantial contributing cause of any of the injuries alleged by the plaintiff. Rather, this patient had an extremely complex course following her initial surgical repair by Dr. Fiallo (which in the opinion of Dr. Mowschenson was also appropriately performed and managed post-operatively). The complications developed by this patient which prompted Dr. Querusio's emergency surgery were not the consequence of any substandard care. Rather, the patient's complications as managed by Dr. Querusio intra-operatively and post-operatively were simply an unfortunate medical result.

Dr. Querusio further incorporates by reference the attached expert report of Dr. Mowschenson attached hereto as Exhibit 2. Dr Querusio also incorporates by reference the

expert disclosures of the co-defendants and reserves the right to call at trial any expert disclosed by any co-defendant to this case to testify on his behalf.

Finally, with respect to prior testimonial history on the part of Dr. Mowschenson, Dr. Querusio refers the parties to the documentation attached hereto as Exhibit 3.

Luigi Querusio, M.D.,
By his attorneys,
**MORRISON MAHONEY LLP**


   /s/Brent A. Tingle
Brent A. Tingle, BBO #559974
Colin K. O'Brien, BBO#653415
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA  01608
(508) 757-7777


I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on _____
_____.

# EXHIBIT 1

## CURRICULUM VITAE

Updated: 3/6/2001

General Information

| | |
|---|---|
| Name: | **Peter Michael Mowschenson** |
| Office Address: | 1180 Beacon St, |
| | Brookline, Mass 02446 |
| Home Address: | 17 Cotswold Rd |
| | Brookline, MA 02445 |
| E mail | pmowsche@caregroup.harvard.edu |
| Date of Birth: | March 11th 1948 |
| Place of Birth: | Penang, Malaya. |

## EDUCATION

| | |
|---|---|
| 1969 | B.Sc. (First Class Honours) |
| | Guy's Hospital Medical School , University Of London, England |
| 1973 | L.R.C.P., M.R.C.S. |
| 1973 | M.B.,B.S. (First Class Honours) |
| 1975 | M.R.C.P. (U.K) |
| 1977 | F.R.C.S. (Eng) |
| 1980 | Board Certification In General Surgery |
| 1984 | F.A.C.S. |
| 1989 | Recertified In General Surgery. |
| 1999 | Recertified in General Surgery |

| | |
|---|---|
| 1973-1975 | Registrar In Surgery , Guy's Hospital , London. |
| 1975-1979 | Resident In Surgery Beth Israel Hospital Boston, Mass. |
| 1979 - 1980 | Surgical Coordinator - Beth Israel Hospital, Boston, Mass. |
| 1980-1982 | Fellow In Endocrinology Harvard School of Public Health, Boston, Mass |

## LICENSURE AND CERTIFICATION:

| | |
|---|---|
| 1976 | Massachusetts license registration. |
| 1980 | Board certification in general surgery |
| 1984 | F.A.C.S. |

1

1989    Recertified in general surgery.

## ACADEMIC APPOINTMENTS

1982-1991    Clinical Instructor In Surgery, Beth Israel Hospital Boston, Mass.
1991         Clinical Assistant Professor Of Surgery, Harvard Medical School

## HOSPITAL APPOINTMENTS

1981-1987    Assistant Surgeon Beth Israel Hospital
1984-1988    Chief Of Surgery Brookline Hospital, Brookline, Mass
1987-1988    Associate Surgeon Beth Israel Hospital
1989         Surgeon Beth Israel Hospital.

## HOSPITAL AND HEALTH CARE ORGANIZATION RESPONSIBILITIES

1994-1997    Executive Board Member Harvard Center for Minimally
Invasive                Surgery

1995 - Present    President Affiliated Physicians Inc Beth Israel Hospital
                  Deaconess Medical Center

1996 - Present    Vice President & Board Member  Beth Israel Deaconess
                  Physician"s Organization

2001              Member Board of Trustees Beth Israel Deaconess Medical
                  Center

## MAJOR COMMITTEE ASSIGNMENTS

1982 - 2000    Staff council Beth Israel Hospital
1988  - 2001    Medical Executive Committee Beth Israel Hospital

## PROFESSIONAL SOCIETIES.

1982    American Association Of Endocrine Surgeons
1985    Boston Surgical Society
1985    Massachusetts Medical Society
1993    Society Of Laparoendoscopic Surgeons
1993    New England Surgical Society
1995    Society for Surgery of the Alimentary Tract

## AWARDS

2

1968        Michael Harris Prize In Anatomy
            Gowland Hopkins Prize In Biochemistry
            Pharmacology Prize
            University Award For Best Performance In  2nd M.B. Examination.

1970        Dermatology Prize

1971        Charles Oldham Prize In Ophthalmology

1972        Beaney Prize In Patholgy
            Golding Bird Gold Medal And Scholarship In  Bacteriology
            Hillman Prize In Paediatrics
            Hillman Prize In Haematology 1973
            Charles Foster Prize In Cardiology
            Begley Prize Of The Royal College Of Surgeons
                    Honours In The Final MBBS Examination In
                        Medicine, Surgery, Pharmacology ,Pathology.
            University Gold Medal - Top Performance in the final qualifying
                    examination for M.B., B.S.

1975        Hallet Prize Of The Royal College Of Surgeons
            For Top Performance In The F.R.C.S Examination.

1976        Harris Yett Prize In Orthopaedics - Beth Israel hospital.
1986        Harold Bengloff Award - Beth Israel Hospital. Boston, Mass.

**3**

**11: Research, Teaching and Clinical Contributions:**

I continue to practice general surgery with a special interests in thyroid, parathyroid, ileoanal pouch and laparoscopic surgery. My clinical research continues to focus on these areas with ongoing reporting to the major societies associated with these areas. My cases represent a significant part of the resident experience at Beth Israel Deaconess Medical Center.

1981- Present
Introduction to Clinical Medicine course at HMS
Surgical preceptor for Harvard Medical Students.
General Surgery Attending for Surgical Residents at Beth Israel Deaconess Hospital
Boston MA

1985-1988
Supervised resident rotation at Brookline Hospital.

1988-1993
Established the Text Review sessions for Surgical residents at Beth Israel involving weekly sessions for topic review and regular written multiple choice question examinations.

**4**

## Invited Lectures & Presentations

1983    Surgical Grand Rounds Beth Israel Hospital Boston.  Surgical Treatment of
Hyperparathyroidism

1984    Surgical Grand Rounds Salem Hospital, Salem, MA
Surgical Treatment of Hyperparathyroidism

1986    Surgical Grand Rounds Bay State Medical Center, Springfield MA.
Surgical Treatment of Hyperparathyroidism

1987    Primary Care rounds Beth Israel Hospital, Boston Ma
Management of substernal goiters

1989    Surgical Grand Rounds Beth Israel Hospital Boston MA
Controversies regarding Hyperparathyroidism

1990    Medical Grand Rounds Hale Hospital Haverhill MA.
Controversies regarding Hyperparathyroidism

1990    Medical Grand Rounds,.  Beth Israel Boston MA
Abdominal Pain.

1991    Primary Care Rounds Beth Israel Hospital Boston MA
Surgical approach to thyroid disorders.

1991    Anesthesia Grand Rounds Beth Israel Hospital Boston MA
Current options in the surgery of ulcerative colitis.

1991    Surgical Grand Rounds, Bay State Medical Center, Springfield MA.
Advances in ileoanal pouch surgery.

1991    Surgical Grand Rounds, Salem Hospital, Salem, MA
Advances in ileoanal pouch surgery.

1991    Surgical Grand Rounds St Vincent's Hospital, University of Massachusetts.
Advances in ileoanal pouch surgery.

1992    Surgical Grand Rounds, University of Mass. Medical Center, Worcester MA.
Advances in ileoanal pouch surgery.

1992    Buffalo Surgical Society
Developments in ileoanal pouch surgery at Boston's Beth Israel Hospital.

1992    Improving the cost effectiveness of laparoscopic cholecystectomy. Mass.Chapter
American College of Surgeons.

5

1992   Surgical Grand Rounds, Framingham Union Hospital, Framingham MA.
       Developments in ileoanal pouch surgery at Boston's Beth Israel Hospital.

1992   Surgical Grand Rounds, Beth Israel Hospital Boston.
       Developments in ileoanal pouch surgery at Boston's Beth Israel Hospital.

1992   Mowschenson. PM. Advances in the Medical And Surgical Treatment of
       Inflammatory Bowel Disease.  Harvard Medical School Department of
       Continuing Education.

1992   Mowschenson. PM. Advances in the Medical and Surgical Therapy of IBD.
       Crohn's & Colitis Foundation of America, Inc.

       1993   Mowschenson. P.M., Critchlow J.F., Rosenberg S.J., Peppercorn, M.A.
       Ileoanal pouch operation without diverting ileostomy in fulminant ulcerative
       colitis.  American Gastroenterology Association, Boston, June 1993

1993   Surgical Grand Rounds. Brigham & Women's Hospital, Boston, MA. The
       Ileoanal Pouch Operation: Controversies and Outcome.

1994   Crohn's and Colitis Foundation physicians seminar on surgical treatment of
       ulcerative colitis.

1994   Fine Needle Aspiration of Normal Thyroid Tissue May result In the
       Misdiagnosis of Follicular Neoplasms. Mowschenson. PM, Hodin R.A., Wang,
       H.H., Upton M., Silen W.  American association of endocrine surgeons.

1994:  Management of the Rectum in ulcerative colitis. Spring meeting American
       College of Surgeons. Needham Mass.

1994   Medical Grand Rounds Beth Israel Hospital - Surgical advancements in the
       treatment of inflammatory bowel disease.

1994   American Association of Endocrine Surgeons. Fine Needle Aspiration of
       Normal Thyroid Tissue May result In the Misdiagnosis of Follicular Neoplasms.

1994   American Gastroenterology Association New Orleans Forum on Inflammatory
       Bowel Disease.

1994   Mowschenson, P.M.,  Critchlow J.F. Outcome of surgical complications
       following ileoanal pouch operation without diverting ileostomy. Society for
       Surgery of the Alimentary Tract,  New Orleans.

1994   New England Surgical Society. Preservation of sexual and urinary function
       following ultralow rectal dissection for the ileoanal pouch operation.

**6**

PAGE.07                                                                                                    JUL 05 '06 11:07

1995    Ileoanal pouch surgery.  Surgical Grand Rounds New England Deaconess
        Hospital

1995    Surgical approaches to IBD during pregnancy - Inflammatory Bowel Disease
        Forum AGA. San Diego

1995    Feasibility of outpatient thyroid and parathyroid operations.  American
        Association of Endocrine Surgeons.  April 1995

1995    Ileoanal pouch surgery. Surgical Grand Rounds New England Deaconess
        Hospital, Boston MA.

1995    Thyroid surgery - How I do it.  Mass Chapter American College of Surgeons.

1996    Surgical Management of Crohn's disease. Crohn's and Colitis foundation

1996    Surgical Management of Hyperparathyroidism. Surgical Grand Rounds, Mt
        Auburn Hospital, Cambridge, Mass.

1997    Advances in the surgical treatment of inflammatory bowel disease.
        Postgraduate course, Beth Israel Deaconess Hospital.

1998    New Strategies in IBD therapy.  Rhode Island Chapter Crohn's and Colitis
        Foundation.  Newport RI.

1999    Controversies in the treatment of ulcerative colitis.  New England Surgical
        Society Spring Meeting. Beth Israel Deaconess Medical Center

1999    Experience with outpatient thyroid and parathyoid surgery.  Retirement
        symposium for Professor the Lord McColl.  Guys Hospital London.

1999    Is radioguided parathyroidectomy really cost-effective? Green A.K.,
        Mowschenson P, Hodin RA.  American Association of Endocrine Surgeons,
        Yale, New Haven.

1999    Advances in the surgical treatment of inflammatory bowel disease.
        Postgraduate course, Beth Israel Deaconess Hospital.

1999    Ileoanal Pouch Operation: Long Term Outcome With or Without Diverting
        Ileostomy. Presented at New England Surgical Society Annual Meeing Sept
        1999.
2000    Ten years of ileoanal pouch surgery. What lessons can be learned?  Surgical
        Grand Rounds, Beth Israel Deaconess Medical Center.

## PUBLICATIONS.

### Original Reports:

1. Davies.G.C., Mowschenson.P.M., Salzman.E.W. Thromboxane B2 and fibrinopeptide A levels in Platelet consumption and thrombosis. Surg Forum 1978:29; 471.

2. Mowschenson P.M., Schonbrunn A. Leupeptin inhibits stimulated prolactin synthesis and secretion in a clonal strain of rat pituitary cells Prog. of the 63rd Meeting of the Endocrine Society, Cincinnati Ohio .1981 (Abstract).

3. Mowschenson P.M., Rosenberg S., Pallotta J., Silen.W. Effect of Hyperparathyroidism and Hypercalcaemia on Lower Esophageal Sphincter Pressure . Am.J.Surgery 1982:143; 36-39.

4. Kim D., Porter. D.H., Siegel J.B., Mowschenson P.M., Steer M.L. Common Bile Duct Biopsy with the Simpson atherectomy catheter. Am. J. Rad. 154: 1213-1215, June1990.

5. Lion J., Vertrees J., Malbon A., Harrow B., Collard A., Mowschenson P.M. The case Mix of Ambulatory Surgery as measured by ambulatory visit groups. J. Ambulatory Care Management 1990, 13(1), 33-45

6. Lion J., Vertrees J., Malbon A., Collard A., Mowschenson P.M., Toward a prospective payment system for ambulatory surgery. Health Care Financing 1990:11; 79-86.

7. Mowschenson P.M. , Critchlow J. A. , Peppercorn, M.A. The ileoanal pouch operation without covering ileostomy. American Society of Gastroenterology, New Orleans. June 1991

8. Mowschenson. P.M., Critchlow J.F., Rosenberg S.J. , Peppercorn, M.A. The rectal inhibitory reflex is not required for the preservation of continence following ileoanal pouch operation. American Society of Gastroenterology, San Francisco May 1992

9. Muggia, A, Mowschenson P.M., Chopra S, Urinary ascites in the immediate postpartum period. American Journal of Gastroenterology. 87 (9) 1196-1197. 1992

10. Mowschenson P, Weinstein M. Why catheterize the bladder for laparoscopic cholecystectomy? J Laparoendosc Surg 1992 2(5):215-217

11. Mowschenson. P.M., Critchlow J.F., Rosenberg S.J. , Peppercorn, M.A. Pouch ileoanal anastomosis without diverting ileostomy in fulminant ulcerative colitis. Annales de Chirugie 1992, 46 (10) International Symposium on the Pouch Anal Anastomosis. Versailles, France.

12. Mowschenson, P M. Improving the cost effectiveness of laparoscopic cholecystectomy. J. Laparoendoscopic Surgery.(1993 April) 3(2): 113-9

13. Laparoscopically assisted intestinal resection: Preliminary results from the Harvard interhospital laparoscpic group (HILG) Accepted for S.S.A.T. May 1993

14. Mowschenson. P.M., Critchlow J.F., Rosenberg.S.J. , Peppercorn, M.A.  Ileoanal pouch operation without diverting ileostomy in fulminant ulcerative colitis. Gastroenterology 104 (4) Apr 1993 A749.

15. Mowschenson P.M., Resnick R.H., Parker J.H., Critchlow J.F. Ileoanal pouch mucosal permeability assessment using oral (99MTC) DTPA. Gastroenterology 104 (4) Apr 1993 A 749

16.  Mowschenson. P.M., Critchlow J.F., Rosenberg S.J. , Peppercorn, M.A.  The ileoanal pouch operation: factors favoring continence, the avoidance of a diverting ileostomy, and small bowel conservation.  Surg. Gynecol Obstet. (1993 July) 177(1) 17-26

17.  Mowschenson. PM, Hodin R.A., Wang, H.H., Upton M., Silen W.  Fine Needle Aspiration of Normal Thyroid Tissue May result In the Misdiagnosis of Follicular Neoplasms. Surgery  1994;116:1006-9

18.  Mowschenson, P.M.,  Critchlow J.F.Outcome of surgical complications following ileoanal pouch operation without diverting ileostomy. American Journal of Surgery 1995; 169: 143-6

19. Fraser JL, Jeon GH, Hodin RA, Mowschenson PM, Pallotta J, Wang HH. Utility of repeat fine needle aspiration in the management of thyroid nodules. Am J Clin Pathology Sept 1995), 104 (3): 328-9,abstract #15.

20. Mowschenson, P. M., Hodin R.A. Feasibility , Safety, and cost savings of outpatient thyroid and parathyroid operations.  Surgery 1995; 118:1051-1054

21.  Fraser JL., Jeon GH, Hodin RA, Mowschenson PM, Pallotta J, and WangHH. Utility of repeat fine needle aspiration in the management of thyroid nodules. Am J Clin Pathology (Sept 1995, 104(3): 328-9, Abstract #15).

22. Saldinger, P.F., Matthews, J.B. Mowschenson, P.M., Hodin, R.A. Stapled laparoscopic Splenectomy: Initial Experience. J. Amer Coll Surg. 1996; 182 (5): 459-461

23. Greene, A.K., Mowschenson, P.M., Hodin R.A., Is Sestamibi-guided parathyroidectomy really cost-effective?  Surgery 1999; 126:1036-41

24. Mowschenson, P.M., Critchlow J.A. Peppercorn M.A., Ileoanal Pouch Operation: Long Term Outcome With or Without Diverting Ileostomy. Archives of Surgery; 2000; 135:463-466

**Reviews.**

1. Mowschenson P.M., Silen W.,  Development in Hyperparathyroidism.  Current Opinions in Clinical Oncology  February 1990 2(1): 95-100

2. Mowschenson P.M.  Advances in the surgery of inflammatory bowel disease. Seminars in Surgery of the Colon & Rectum.  March 1993

## Editorials

Mowschenson P.M. Double-Stapled versus Handsewn Pouch - Does it Matter? Inflammatory Bowel Diseases 1995 1(2) :169.

Mowschenson P.M. Is a One Stage Pouch Too Risky?  Inflammatory Bowel Diseases 1998 4 (4): 332

## Books

Mowschenson P.M.  AIDS TO UNDERGRADUATE SURGERY,  CHURCHILL LIVINGSTONE.

> 1ST ED 1978 .
> 2ND EDITION 1982 .
> GERMAN LANGUAGE EDITION 1984.
> 3RD EDITION 1989
> 4th EDITION  1994

## Book Chapters:

1994  Glotzer D.J., Mowschenson P.M., Chronic Ulcerative Colitis Current Surgical Therapy, Cameron, Fifth Edition, 150-159

# EXHIBIT 2

**Peter M. Mowschenson, M.D., F.R.C.S., F.A.C.S.,**
**1180 Beacon Street,**
**Brookline, MA 02446**
**Phone 617 735 8868**
**Fax 617 730 9845**

6/22/2006

Attorney Brent A Tingle ,
Morrison Mahoney, LLP
10 Chestnut Street, Suite 470,
Worcester  MA  01608

**Rosemary Chattelle et al v. Luigi Querusio, MD et al**

Dear Attorney Tingle ,

I am a board certified general surgeon, totally familiar with all aspects of this patient's care having carefully reviewed the records. The focus of this opinion is directed at the care provided by Dr. Querusio.

Prior to Dr. Querusio becoming involved, the patient, Rosemary Chattelle had undergone complex repair of a rectovaginal fistula with protective colostomy.  The operation was a success, and following a suitable time period to allow healing, the colostomy was reversed. Following colostomy reversal the patient developed a severe wound infection called necrotizing fasciitis. This is a recognized although uncommon complication following bowel surgery.  This complication required several operations to be eradicated.   At no time during the subsequent operations was a leaking anastomosis found.  The patient then was transferred to rehab at the Day Kimbal Hospital where Dr. Querusio first became involved in her care.

At the Day Kimball Hospital on  March 1st 2001, she developed acute peritonitis and underwent emergency surgery by Dr. Querusio. The emergency operation and an emergency consult represent the first involvement by Dr. Querusio on this case.  At the emergency operation Dr.Querusion found a leaking anastomosis  and he had to place another colostomy.  It should be noted that this operation was much more difficult than the usual operation for peritonitis owing to the extensive debridement and reconstructive surgery the patient had undergone at Bay State Medical Center to deal with the severe infection she developed following the original colostomy closure.  Dr. Querusio dealt with this serious surgical problem by bringing out one end of the colon and closing the distal end leading to the rectum. This is known as a Hartmann closure of the rectum. This operation was life saving and Dr. Querusion did exactly the right operation at the right time under very difficult conditions.

1

It is quite common for a Hartmann closure to leak as happened in this instance. This does not imply an error in technique or a deviation in the standard of care, but rather reflects the infected nature of the surrounding tissues at the time. Fortunately although such a leak may cause a local infection or abscess, the leak usually closes spontaneously as it did in this case. The reason the nothing serious usually happens is that the rectum is defunctionalized by the colostomy so that there is no stool within the lumen of the rectum.

By the time the patient saw Dr. Bleday in September 2001 the rectal stump had healed and was longer an issue. The methods used by Dr. Querusio to deal with the local infection in the left lower quadrant wound which included debridement, antibiotics and placing a drain were all totally indicated and appropriate. There was no need to do any more studies than the one which showed the contrast leaking from the tip of the stump. Dr. Querusio knew what the problem was and knew that largely non operative measures would result in healing if sufficient time was allowed to pass.

The appropriate course of action following such a leak is to wait for several months following healing before even considering any reoperation to reverse the colostomy. There are surgeons who wait one to two years prior to closing the colostomy. It takes several months for the infection to completely resolve and for the adhesions which form in such a setting to soften up and thereby allow safe surgery. If you operate too soon, the adhesions are dense, and separating the bowel loops may result in injury to bowel and formation of postoperative fistulas, and a terribly prolonged hospital course, and even death.

When Dr. Bleday operated on this patient he commented on how easy it was for him to separate the bowel loops and as a result the operation was a success. Enough time had passed to allow the adhesions and scar tissue to soften up. Nowhere in Dr. Bledays' notes does he suggest that an earlier operation would have been indicated.

In other words Dr. Querusio undoubtedly saved this patient's life and furthermore handled the ensuing complications wisely and appropriately. As a further example of his good judgment he then referred this patient to a specialist in such colon problems to optimize her chances of a successful outcome.

Dr. Querusio did not deviate from the accepted standard of care, in fact he exceeded the standard of care in many respects and is to be commended for his good care.

Yours sincerely,

Peter M. Mowschenson. M.D.

2

# EXHIBIT 3

# Cases

|  | Date |
|---|---|
| **Joyce Deschenes v. David Dykhuizen, M.D.** | 8/18/02 |
| **Estate of Herminio Agustin v. Alvah Hinckley MD et al** | 1/10/04 |
| **Keith Leete v. Andrew Poritz, MD, Subash Gulati,** | 4/24/04 |
| **Est of Phu Quang Huynh v. Kevin O'Donnell** | 4/20/05 |