UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROSEMARY CHATTELLE, | ) | |
| MICHAEL CHATTELLE, | ) | C.A. NO. 03-12239-MAP |
|      Plaintiffs, | ) | |
|      v. | ) | |
| VIRIATO M. FIALLO, M.D; | ) | |
| BAYSTATE MEDICAL CENTER; | ) | |
| HUBBARD REGIONAL | ) | |
| HOSPITAL; | ) | |
| LUIGI QUERUSIO, M.D. | ) | |
|      Defendants. | ) | |
| _____ | ) | |

## PLAINTIFFS, ROSEMARY CHATTELLE & MICHAEL CHATTELLE'S PRE-TRIAL DISCLOSURES

Pursuant to Federal Rules of Civil Procedure Rule 26 (a) (3) and United States

States District Court Local Rule 16.5 (b), the Plaintiffs, Rosemary Chattelle and Michael

Chattelle hereby make their Pre-Trial Disclosures:

### A.  Plaintiffs' Witnesses Expected to be Called at Trial

1. Rosemary Chattelle, 140 Tripp Road, Woodstock Connecticut 06281
2. Michael Chattelle, 140 Tripp Road, Woodstock, Connecticut 06281
3. Luigi Querisio, MD (Defendant), 22 Asylum Street, Milford, Massachusetts
4. Virato M. Fiallo, MD (Defendant), Two Medical Center Drive, Springfield, Massachusetts
5. Mildred Malloy, 49A Williams Street, Danielson, Connecticut 06239
6. William Dolin, MD (Plaintiffs' Expert), 132 South Central Avenue, Elmsford, New York 10523
7. Sandra Gail-Epstein, Ph.D., Post Office Box 369, Woodstock, Connecticut

### B.  Depositions to be Read at Trial

The Plaintiff have not yet determined, if any, which witness testimony will be read at the trial at this time. However, the Plaintiffs reserve the right to supplement this portion of the Pre-Trial Disclosures at a later date before the commencement of trial.

**C.  <u>Identification of Documentary & Other Exhibits</u>**

1. Baystate Medical Center Medical Records & Bills
2. Hubbard Regional Hospital Medical Records & Bills
3. Brigham & Women's Hospital Medical Records & Bills
4. Day-Kimball Hospital Medical Records & Bills
5. Valley Women's Health Group Medical Records & Bills
6. Wal-Mart Pharmacy Records & Bills
7. Tri-State Rehab & Sport Center Medical Records & Bills
8. Connecticut VNA/Hospice Medical Records & Bills
9. VNA of Southern Worcester County Medical Records & Bills
10. Wai Lang Lau, MD Medical Records & Bills
11. Leonard Averill, MD Medical Records & Bills
12. Leroy Charles, MD Medical Records & Bills
13. Karl Breuing, MD Medical Records
14. Brigham & Women's Physicians Organization Medical Bills
15. Photographs of Plaintiff's Injuries
16. Plaintiff's Employment Records from Frito-Lay

Respectfully Submitted,
For the Plaintiffs,
By Their Attorneys,


/s/ David P. Angueira
_____
Edward M. Swartz, Esq.
BBO No. 489540
David P. Angueira, Esq.
BBO No. 019610
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900

Dated: October 19, 2006

### CERTIFICATE OF SERVICE

I, David P. Angueira, Esq,, do hereby certify that I served the foregoing document by means of Electronic Case Filing to all attorneys of record to:

Brent A. Tingle, Esq.
Morrison Mahoney, LLP
One Chestnut Place
10 Chestnut Street – Suite No. 470
Worcester, MA 01608

Allison K. Blew, Esq.
Foster & Eldridge, LLP
One Canal Park – Suite 2100
Cambridge, MA 02141

Kevin C. Reidy, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Michael H. Burke, Esq.
Bulkley, Richardson & Gelinas
1500 Main Street – Suite No. 2700
Post Office Box 15507
Springfield, MA 01115-5507

/s/ David P. Angueira
_____
David P. Angueira, Esq.
BBO No. 019610

Dated: October 19, 2006