UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEMARY CHATTELLE, )<br>MICHAEL CHATTELLE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VIRIATO M. FIALLO, M.D; )<br>BAYSTATE MEDICAL CENTER; )<br>HUBBARD REGIONAL )<br>HOSPITAL; and )<br>LUIGI QUERUSIO, M.D. )<br>)<br>Defendants. )<br>) | C.A. NO. 03-12239-MAP |

### **PLAINTIFFS, ROSEMARY CHATELLE & MICHAEL CHATTELLE'S PROPOSED VOIR DIRE**

The Plaintiffs, Rosemary Chattelle & Michael Chattelle respectfully request that prospective jurors be asked the following *voir dire* questions:

1. Who on the panel knows or is familiar with any of the parties in this case?

2. Are you, a close friend or a relative, personal friends with any of the parties (either now or in the past)?

3. Has a lawsuit ever been brought against you or any member of your family? If so, please describe the type of lawsuit and state whether this experience would in any way make it difficult for you to fairly evaluate the plaintiff's case?

4. Do you have any preconceived opinions about this case that might prevent you from fairly and impartially deciding the issues in the case and the damages which may be awarded?

5. Do you have any fixed opinions, bias or feelings about a personal injury case in which a claim for damages is asserted which might prevent you from fairly and impartially deciding the issues in such a case?

6. Do you feel that there should be a law that limits the amount of damages that an injured person could recover from a defendant?

7. Would you be against awarding a judgment in a high amount of dollars if the evidence warranted that the amount is a fair, just, reasonable and proper measure of damages?

8. Are any of you familiar with, or had any business dealings with, any of the following attorneys or their law firms?

9. Have you or someone you know ever been sued due to an incident involving a general surgeon?

10. Do you have any biases or negative opinions about trial lawyers?

11. Do you have any opinions about medical malpractice cases that may influence your deliberation in this case?

12. Do you have a prejudice or bias against any medical malpractice cases?

13. There has been some media coverage discussing a medical malpractice crisis. If you have seen or read this media coverage has it in any way influenced your opinion or thoughts about medical malpractice cases.

                                          Respectfully submitted,
                                          The Plaintiffs,
                                          By their Attorneys,

                                          /s/ David P. Angueira

                                          _____

                                          Edward M. Swartz, Esq.
                                          BBO # 489540
                                          David P. Angueira, Esq.
                                          BBO # 019610
                                          Swartz & Swartz
                                          10 Marshall Street
                                          Boston, MA  02108
Dated: November 1, 2006                (617) 742-1900