UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSEMARY CHATTELLE,            )
MICHAEL CHATTELLE,             )    C.A. NO. 03-12239-WGY
    Plaintiffs,                )
v.                             )
VIRIATO M. FIALLO, M.D;        )
BAYSTATE MEDICAL CENTER;       )
HUBBARD REGIONAL               )
HOSPITAL;                      )
LUIGI QUERUSIO, M.D.           )
    Defendants.                )
_____)

### PLAINTIFFS' STATEMENT PURSUANT COURT'S PROCEDURAL ORDER OF 03/02/06

I. STATEMENT OF THE EVIDENCE

    The Plaintiff will offer evidence by medical expert testimony that the Defendants did not comply with the standard of care. The expert testimony is disclosed in Plaintiff's expert disclosures. Additionally, the Plaintiff will present evidence that as a result of the Defendants combined negligence the Plaintiff developed severe complications resulting in extended hospital stays and surgeries all caused by the Defendants' negligence. See expert disclosures in section ten.

    The special damages are:

Medical Expenses:

| | |
|---|---|
| 1. Ronald Bleday, MD | $ 8357.94 |
| 2. Wal-Mart Pharmacy | $ 1971.32 |
| 3. Leonard Averill, MD | $ 1590.00 |
| 4. Brigham & Women's Hospital | $ 238,130.56 |
| 5. CT-VNA | $ 240.00 |
| 6. VNA of Southern Worcester County | $1183.81 |
| 7. Baystate Medical Center | $ 85,950.69 |
| 8. Tri-State Rehab | $ 2965.00 |
| 9  BWPO – Dept. of Surgery | $ 25954.72 |

| | |
|---|---|
| 10.  Hubbard Regional Hospital | $ 31,875.64 |
| TOTAL | **$ 398,219.68** |

Lost Wages:

Average Weekly Wage of $519.23/week x 313 weeks =      $ 162,518.99

**Grand Total**                                                            **$ 560,738.67**

II. STATEMENT OF FACTS

The Plaintiff was a patient of the Defendant at all relevant times alleged by the Plaintiff.

III. CONTESTED ISSUES OF FACTS

Whether the Defendants' medical and surgical care and treatment complied with the appropriate standard of care.

IV. JURISDICTIONAL QUESTIONS

None.

V. QUESTION RAISED BY PENDING MOTION

None.

VI. ISSUES OF LAW

None, other than questions of liability, causation and damages.

VII. REQUESTED AMENDMENTS TO PLEADING

None.

VIII. ADDITIONAL MATTERS TO AID IN DISPOSITION

None.

IX. LENGTH OF TRIAL

Jury trial, 5-7 days.

X. WITNESSES

A. Plaintiff's Witnesses:

**Rosemary Chattelle**
140 Tripp Road
Woodstock, CT 06281

Mrs. Chattelle will testify about all the events surrounding her medical condition and symptoms, the care and treatment given to her, the complications she experienced and the damages she sustained as a result of these medical procedures. She will testify about her lost earning capacity and other damages related issues including her pain and suffering and emotional distress.

**Michael Chattelle**
140 Tripp Road
Woodstock, CT 06281

Mr. Chattelle will testify about all the events surrounding Mrs. Chattelle's medical condition and symptoms, the care and treatment given to Mrs. Chattelle, the complications she experienced and the damages she sustained as a result of these medical procedures. Mr. Chattelle will testify about Mrs. Chattelle's lost earning capacity and other damage related issues including her pain and suffering and emotional distress.

**Mildred Mulley**
49A Williams Street
Danielson, CT 06239

Ms. Mulley will testify about her observations of the Plaintiff during her various hospitalizations and her conversations with the Plaintiff related to her condition, observations she made of the care and treatment given to the Plaintiff; the Plaintiff's change in health and personality, the Plaintiff's loss of enjoyment of life and other damage related issues.

**Sandra Gail Epstein, Ph.D.**
Post Office Box 369
Woodstock, CT 06281-0369

**Noreen T. Chapman, LICSW**
28 Park Street
Putnam, CT 06260

They will testify about the psychological damages Mrs. Chattelle suffered from as a result of her extensive and complicated medical conditions as detailed in the records.

**Bernard Dolin, M.D., FACS**
132 South Central Avenue
Elmsford, New York 10523

Bernard Dolin, M.D., FACS will testify regarding his education, training and experience, particularly his training and experience dealing with the medical and surgical issues addressed in his report has been filed separately and is incorporated by reference as his expert disclosure.

Dr. Dolin will testify about the appropriate standards of care required of the Defendants at all relevant times they were treating Mrs. Chattelle. He will testify about the multiple violations of the standard of care identified in his report. He will testify about causation and the damages that were caused to Mrs. Chattelle by the Defendants' violations of the standard of care.

He will testify that had the standard of care been followed, Mrs. Chattelle would not have suffered the damages she did in fact suffer as identified in his report and her medical records. He will testify about his review of Mrs. Chattelle's medical records and relevant medical literature regarding the medical conditions and surgical procedures Mrs. Chattelle experienced.

He will testify about Mrs. Chattelle's past, present and future medical and surgical expenses and needs as documented in her medical records and his report. He will also testify in response to any issues raised by the Defendants' experts' disclosures.

XI. PROPOSED EXHIBITS

    A. Plaintiffs' Proposed Exhibits

1. Baystate Medical Center Medical Records & Bills
2. Hubbard Regional Hospital Medical Records & Bills
3. Brigham & Women's Hospital Medical Records & Bills
4. Day-Kimball Hospital Medical Records & Bills
5. Valley Women's Health Group Medical Records & Bills
6. Wal-Mart Pharmacy Records & Bills
7. Tri-State Rehab & Sport Center Medical Records & Bills
8. Connecticut VNA/Hospice Medical Records & Bills
9. VNA of Southern Worcester County Medical Records & Bills
10. Wai Lang Lau, MD Medical Records & Bills
11. Leonard Averill, MD Medical Records & Bills
12. Leroy Charles, MD Medical Records & Bills
13. Karl Breuing, MD Medical Records
14. Brigham & Women's Physicians Organization Medical Bills
15. Photographs of Plaintiff's Injuries
16. Plaintiff's Employment Records from Frito-Lay

XII. PROPOSED JURY INSTRUCTIONS

    Filed separately.


DATED: November 1, 2006

Plaintiffs,
Rosemary Chattelle, and
Michael Chattelle,
By Their Attorneys,

/s/ David P. Angueira
David P. Anguiera, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900