UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239WGY

ROSEMARY CHATTELLE and     :
MICHAEL CHATTELLE,         :
     Plaintiffs            :
v.                         :
VIRIATO M. FIALLO, M.D.;      :
HUBBARD REGIONAL HOSPITAL; :
and LUIGI QUERUSIO, M.D.,   :
     Defendants          :
                          :

STIPULATION OF DISMISSAL WITH PREJUDICE, WITHOUT COSTS,
AND WITH ALL RIGHTS OF APPEAL WAIVED AS TO DEFENDANT
HUBBARD REGIONAL HOSPITAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties hereby stipulate and agree

that this case is dismissed as to Defendant Hubbard Regional Hospital, only, with prejudice,

without costs, with all rights of appeal waived, and with no payment by or on behalf of Hubbard

Regional Hospital.

Respectfully submitted:

Defendant, Hubbard Regional Hospital     Defendant, Luigi Querusio, M.D.
By Counsel:                             By Counsel:

/s Allison K. Gurley                 /s Brent Tingle
Allison K. Gurley, Esq.             Brent Tingle, Esq.
B.B.O. #647494                   B.B.O. #559974
Foster & Eldridge, LLP             Morrison Mahoney LLP
One Canal Park, Suite 2100         250 Summer Street
Cambridge, MA 02368             Boston, MA 02210
Tel: 617-252-3366                 Tel: 617-439-7500

Chattelle v. Hubbard Regional Hospital
Stipulation of Dismissal
Page 2 of 2

Defendant, Viriato M. Fiallo, M.D.          Plaintiffs, Rosemary Chattelle and
By Counsel:                                 Michael Chattelle
                                            By Counsel:


/s  Kevin C. Reidy                          /s David Angueira
Kevin C. Reidy, Esq.                        David Angueira, Esq.
B.B.O. #567760                              B.B.O. #01960
Martin, Magnuson, McCarthy & Kenney         Swartz & Swartz
101 Merrimac Street                         10 Marshall Street
Boston, MA 02114-4716                       Boston, MA 02108
Tel:  617-227-3240                          Tel:  617-742-1900


Date: