UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12239WGY

ROSEMARY CHATTELLE and
MICHAEL CHATTELLE,
    Plaintiffs
v.
VIRIATO M. FIALLO, M.D.;
HUBBARD REGIONAL HOSPITAL;
and LUIGI QUERUSIO, M.D.,
    Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE, WITHOUT COSTS, AND WITH ALL RIGHTS OF APPEAL WAIVED AS TO DEFENDANT HUBBARD REGIONAL HOSPITAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties hereby stipulate and agree that this case is dismissed as to Defendant Hubbard Regional Hospital, only, with prejudice, without costs, with all rights of appeal waived, and with no payment by or on behalf of Hubbard Regional Hospital.

Respectfully submitted:

| Defendant, Hubbard Regional Hospital<br>By Counsel: | Defendant, Luigi Querusio, M.D.<br>By Counsel: |
|---|---|
| /s Allison K. Gurley<br>Allison K. Gurley, Esq.<br>B.B.O. #647494<br>Foster & Eldridge, LLP<br>One Canal Park, Suite 2100<br>Cambridge, MA 02368<br>Tel: 617-252-3366 | /s Brent Tingle<br>Brent Tingle, Esq.<br>B.B.O. #559974<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>Tel: 617-439-7500 |

| Defendant, Viriato M. Fiallo, M.D.<br>By Counsel: | Plaintiffs, Rosemary Chattelle and<br>Michael Chattelle<br>By Counsel: |
|---|---|
| /s Kevin C. Reidy<br>Kevin C. Reidy, Esq.<br>B.B.O. #567760<br>Martin, Magnuson, McCarthy & Kenney<br>101 Merrimac Street<br>Boston, MA 02114-4716<br>Tel: 617-227-3240 | /s David Angueira<br>David Angueira, Esq.<br>B.B.O. #01960<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA 02108<br>Tel: 617-742-1900 |

Date: