UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSEMARY CHATTELLE, ET AL    )
    Plaintiffs,                )
                               )
        v.                    )    C.A. 03-12239-MAP
                               )
VIRIATO M. FIALLO, M.D., ET AL, )
        Defendants            )

FINAL SCHEDULING ORDER

November 27, 2006

PONSOR, D.J.

    Counsel appeared a final pretrial conference on November 22, 2006. Based on counsel's representations, the court orders as follows:

    1. Trial in this matter will commence on April 9, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

    2. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed no later than April 2, 2007.

    3. Counsel indicated a desire to confirm with their experts their availability the week of April 9 for trial. Unless the court is informed on or before December 1, 2006 that the experts are <u>not</u> available, the court will proceed on the assumption that no impediment exists to the experts' appearance.

    It is So Ordered.

                                    /s/ Michael A. Ponsor
                                    MICHAEL A. PONSOR
                                    United States District Judge