UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE, <br> MICHAEL CHATTELLE, <br>   Plaintiffs <br> <br> vs. <br> <br> VIRIATO M. FIALLO, M.D.; <br> and <br> LUIGI QUERUSIO, M.D. <br>   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No.  03-12239 MAP <br> ) <br> ) <br> ) <br> ) <br> ) |

### REQUEST OF THE DEFENDANT, VIRIATO M. FIALLO, M.D., FOR VOIR DIRE QUESTIONS TO POTENTIAL JURORS

1. Have you, your spouse, your children, anyone related to you by blood or marriage, or anyone regularly a resident in your household:

   a) Ever been employed by or as a physician, hospital or other health care provider?

   b) Ever been critical of the care provided by any doctor, nurse, hospital or other medical care provider to the extent that you either considered filing or filed a suit against a doctor?

   c) Ever brought a claim for personal injury?

   d) Ever treated with any of the physicians or nurses listed as a defendant or as witnesses in this case?

   (e) Ever had a serious post operative infection or complication?

2. Will the fact that this case which involve allegations which involve surgery for a diverting colostomy for a recto-vaginal fistula repair and subsequent post-operative infection and complications, prevent you from rendering an impartial decision based solely on the credible evidence and the Court's explanation of the law?



- 2 -

                                                  Respectfully submitted**,**

                                                  <u>/s/ Kevin C. Reidy,                          </u>
                                                  Kevin C. Reidy, B.B.O. No.: 567760
                                                  Attorneys for Defendant, Viriato M. Fiallo, M.D.
                                                  Martin, Magnuson, McCarthy & Kenney
                                                  101 Merrimac Street
                                                  Boston, MA  02114
                                                  (617) 227-3240

DATED:  April 2, 2007



- 3 -

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, counsel for the defendant, Viriato M. Fiallo, M.D., hereby certify that on the 2nd day of April, 2007, I served the above *Request* by mailing a copy thereof, postage prepaid and sending via facsimile, to David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108; and Brent A. Tingle, Esq., Morrison, Mahoney & Miller, 250 Summer Street, Boston, MA 02210.

/s/ Kevin C. Reidy,
Kevin C. Reidy, B.B.O. No.: 567760
Attorney for Defendant, Viriato M. Fiallo, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114
(617) 227-3240