UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEMARY CHATTELLE, ) <br> MICHAEL CHATTELLE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRIATO M. FIALLO, M.D; ) <br> BAYSTATE MEDICAL CENTER; ) <br> HUBBARD REGIONAL ) <br> HOSPITAL; and ) <br> LUIGI QUERUSIO, M.D. ) <br> ) <br> Defendants. ) | C.A. NO. 03-12239-MAP |

**PLAINTIFFS' OPPOSITION TO VIRIATO M. FIALLO, M.D.'S MOTION IN LIMINE TO PRECLUDE THE PLAINTIFFS FROM INTRODUCING ANY EVIDENCE OF LOST EARNINGS AND/OR LOSS OF EARNING CAPACITY**

Now come the Plaintiffs and state there is no legal requirement that a Plaintiff present expert testimony to support a claim of loss of earning capacity. Therefore, the Defendant's motion which cites no authority for its position should be denied.

Respectfully submitted,
The Plaintiffs,
By their Attorneys,

/s/ David P. Angueira

Edward M. Swartz, Esq.
BBO # 489540
David P. Angueira, Esq.
BBO # 019610
Swartz & Swartz
10 Marshall Street
Boston, MA  02108
Dated: April 2, 2007                                     (617) 742-1900

**CERTIFICATE OF SERVICE**

      I, David P. Angueira, Esquire, do hereby certify that I have served a copy of the within *Plaintiffs' Opposition to Defendant Viriato M. Fiallo, M.D.'s Motion In Limine to Preclude the Plaintiffs from Introducing any Evidence of Lost Earnings and/or Loss of Earning Capacity* upon the Defendants by mailing same, first class mail, postage prepaid, to all counsel, to wit:

Kevin C. Reidy, Esq.
Martin, Magnunson, McCarthy & Kennedy
101 Merrimac Street
Boston, MA 02114

Brent A. Tingle, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

    /s/ David P. Angueira

Dated: April 2, 2007    David P. Angueira BBO#019610