UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

|  |  |
|---|---|
| ROSEMARY CHATTELLE,           ) | |
| MICHAEL CHATTELLE,              ) | C.A. NO. 03-12239-MAP |
|                                                     ) | |
| Plaintiffs,           ) | |
|                                                     ) | |
| v.                                              ) | |
|                                                     ) | |
| VIRIATO M. FIALLO, M.D;        ) | |
| BAYSTATE MEDICAL CENTER;  ) | |
| HUBBARD REGIONAL              ) | |
| HOSPITAL; and                        ) | |
| LUIGI QUERUSIO, M.D.            ) | |
|                                                     ) | |
| Defendants.      ) | |

**PLAINTIFFS' OPPOSITION TO VIRIATO M. FIALLO, M.D.'S MOTION IN LIMINE TO PRECLUDE THE PLAINTIFFS FROM INTRODUCING ANY EVIDENCE FROM MILDRED MULLEY**

The Plaintiffs intend to call Ms. Mulley as a lay witness. She will testify about her personal knowledge of the Plaintiff's experiences related to this case and her observations of Mrs. Chattelle while she went through this extensive medical experience. She will also testify about her observations relevant to the Plaintiff's state of mind during these time periods of continuing medical treatment. There is no requirement she be an expert in these areas which are clearly within the competency of a lay witness.

|  |  |
|---|---|
|  | Respectfully submitted,<br>The Plaintiffs,<br>By their Attorneys,<br><br>/s/ David P. Angueira<br>_____<br>Edward M. Swartz, Esq.<br>BBO # 489540<br>David P. Angueira, Esq.<br>BBO # 019610<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA  02108 |
| Dated: April 2, 2007 | (617) 742-1900 |

**CERTIFICATE OF SERVICE**

      I, David P. Angueira, Esquire, do hereby certify that I have served a copy of the within *Plaintiffs' Opposition to Defendant Viriato M. Fiallo, M.D.'s Motion In Limine to Preclude the Plaintiffs from Introducing any Evidence From Mildred Mulley* upon the Defendants by mailing same, first class mail, postage prepaid, to all counsel, to wit:

Kevin C. Reidy, Esq.
Martin, Magnunson, McCarthy & Kennedy
101 Merrimac Street
Boston, MA 02114

Brent A. Tingle, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

                                                /s/ David P. Angueira
                                                _____
Dated: April 2, 2007                           David P. Angueira BBO#019610