UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D.,<br>*Defendants* | C.A. No.: 03-12239 |

## MOTION IN LIMINE OF THE DEFENDANT LUIGI QUERUSIO, M.D. TO EXCLUDE EVIDENCE OF THE PLAINTIFF'S INFORMED CONSENT CLAIM AT TRIAL

NOW COMES the defendant Luigi Querusio, M.D., and hereby moves in limine for an Order excluding evidence at trial on the plaintiff's claim for lack of informed consent. In support of this Motion, Dr. Querusio states that although the plaintiff's Complaint alleges negligent failure to obtain informed consent on the part of Dr. Querusio, the plaintiff's expert offers no such criticism in any of his reports or expert disclosures.

More specifically, Count 7 of the plaintiff's original Complaint alleged lack of informed consent on the part of Dr. Querusio. However, the plaintiff's surgical expert, Dr. Dolin focuses his criticisms on Dr. Querusio's operative and post-operative care of this patient. There have been no expert disclosures on the part of Dr. Dolin with respect to any claim for lack of informed consent.

Further, the plaintiff made no such claim at any point in her deposition testimony. Rather, this is a straightforward negligence claim against Dr. Querusio, and should be tried accordingly.

WHEREFORE, the defendant, Luigi Querusio, M.D. moves for an Order in Limine excluding any evidence at trial on the plaintiff's alleged lack of informed consent claim against Dr. Querusio.

Respectfully submitted,
By his attorneys,

/s/Brent Tingle
BRENT A. TINGLE, BBO# 559974
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7527

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on (date).

/s/Brent A. Tingle
Brent A. Tingle, BBO No. 559974