UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and )<br>MICHAEL CHATTELLE, )<br>*Plaintiffs* )<br>)<br>vs. )<br>)<br>VIRIATO M. FIALLO, M.D., )<br>BAYSTATE MEDICAL CENTER, )<br>HUBBARD REGIONAL HOSPITAL, )<br>LUIGI QUERUSIO, M.D., )<br>*Defendants* ) | C.A. No.: 03-12239 |

### THE DEFENDANT LUIGI QUERUSIO, M.D.'S MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF LOST EARNINGS AND/OR LOST EARNING CAPACITY ON THE PART OF THE PLAINTIFFS AT TRIAL

Defendant, Luigi Querusio, M.D. hereby moves for an Order precluding the plaintiffs from introducing any evidence at trial regarding any potential lost earning capacity claim on the part of the plaintiffs.

The plaintiffs have not disclosed an economic expert or designated any other trial expert who will testify on this issue. More importantly, the plaintiffs have not designated any medical expert who will testify that the plaintiff is totally or partially disabled so as to impact her current and future earning capacity.

Further, the plaintiffs have not designated any vocational professional to testify with respect to any claim for lost earning capacity, disability or ongoing disability.

Accordingly, the plaintiffs should be precluded from offering evidence at trial of any past, present or future lost earnings or loss of earning capacity, as the foregoing issues require expert testimony to establish the plaintiff's disability, the duration of any disability, as well as her future earning capacity and/or economic damages.

WHEREFORE, the defendant Luigi Querusio, M.D. respectfully requests that this Motion in Limine be allowed.

Respectfully submitted,
By his attorneys,

/s/Brent Tingle
BRENT A. TINGLE, BBO# 559974
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7527

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on (date).

/s/Brent A. Tingle
Brent A. Tingle, BBO No. 559974