UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D.,<br>*Defendants* | )<br>)<br>)<br>)<br>)   C.A. No.: 03-12239<br>)<br>)<br>)<br>)<br>)<br>) |

## THE DEFENDANT, LUIGI QUERUSIO, M.D.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PRIOR OR SUBSEQUENT MALPRACTICE CLAIMS AS WELL AS ANY REFERENCE TO MALPRACTICE INSURANCE AT TRIAL

The defendant, Luigi Querusio, M.D. respectfully requests that an Order be entered in this case precluding the plaintiff from making any reference at trial of any prior or subsequent malpractice claims against Dr. Querusio. Dr. Querusio further moves for an Order precluding the plaintiff from making any reference to insurance coverage at trial.

In support of this Motion Dr. Querusio incorporates by reference the arguments and authority cited by the co-defendant, Dr. Fiallo in his Motion in Limine on this same issue.

WHEREFORE, the defendant Luigi Querusio, M.D. respectfully requests that this Motion in Limine be allowed, and that the plaintiff be barred from making any reference at any point at trial to prior or subsequent malpractice claims on the part of Dr. Querusio, or in the alternative any malpractice insurance that may be available to satisfy any potential judgment against the defendants in this case.

        Respectfully submitted,
        By his attorneys,

        /s/Brent Tingle
        BRENT A. TINGLE, BBO# 559974
        Morrison Mahoney, LLP
        250 Summer Street
        Boston, MA 02210
        (617) 439-7527

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on (date).

/s/Brent A. Tingle
Brent A. Tingle, BBO No. 559974