UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSEMARY CHATTELLE, ET AL    )
        Plaintiffs,    )
            )
v.    )    C.A. 03-12239-MAP
            )
VIRIATO M. FIALLO, M.D., ET AL,    )
        Defendants    )

## SPECIAL VERDICT

April 18, 2007

We, the jury, unanimously respond to the following questions:

A.  **NEGLIGENCE**

1.  Have the plaintiffs proved by a preponderance of the evidence that the defendant, Dr. Viriato Fiallo, breached the duty of reasonable care he owed Rosemary Chattelle?

        _No_
    Yes or No

Note: If your answer to Question 1 is "No," stop. You will have completed your deliberations. The foreperson should sign and date the verdict slip.

2.  If your answer to Question 1 is "Yes," have the plaintiffs proved by a preponderance of the evidence that Dr. Fiallo's breach of the duty of reasonable care he owed Rosemary Chattelle was a proximate cause of some injury to Rosemary Chattelle?

        _____
    Yes or No

Note: If your answer to Question 2 is "No," stop. You will have completed your deliberations. The foreperson should sign and date the verdict slip.

B. <u>LOSS OF CONSORTIUM</u>

3. If your answer to Question 2 is "Yes," have the plaintiffs proved by a preponderance of the evidence that Michael Chattelle has suffered a loss of consortium?

_____
Yes or No

4. If your answer to Question 3 is "No," skip to Question 5. If your answer to Question 3 is "Yes," have the plaintiffs proved by a preponderance of the evidence that Dr. Fiallo's breach of the duty of care he owed Rosemary Chattelle was a proximate cause of Michael Chattelle's loss of consortium?

_____
Yes or No

C. <u>DAMAGES</u>

5. If you found the defendant, Dr. Viriato Fiallo, liable for negligence (by answering "Yes" to Question 1 and "Yes" to Question 2), then you should consider damages. What is the total amount of money that will reasonably and fully compensate the plaintiff, Rosemary Chattelle, for the injuries she sustained as a result of the defendant's negligence?

_____        _____
In words               In figures

6. If you have found the defendant, Dr. Viriato Fiallo, liable for loss of consortium (by answering "Yes" to Question 3 and "Yes" to Question 4), then you should consider damages. What is the total amount of money that will reasonably and fully compensate the plaintiff, Michael Chattelle, for the loss of consortium he sustained as a result of the defendant's negligence?

_____        _____
In words               In figures

2

_Sarah E. Hiffey_ (signature)
**Foreperson**

_April 18, 2007_
**Date**