UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and <br> MICHAEL CHATTELLE, <br> *Plaintiffs* <br> <br> vs. <br> <br> VIRIATO M. FIALLO, M.D., <br> BAYSTATE MEDICAL CENTER, <br> HUBBARD REGIONAL HOSPITAL, <br> LUIGI QUERUSIO, M.D., <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 03-12239 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION OF THE DEFENDANT, LUIGI QUERUSIO, M.D. FOR RELEASE OF TRIBUNAL BOND

NOW COMES the defendant Luigi Querusio, M.D. ("Dr. Querusio"), and hereby moves for an order releasing the tribunal bond in the amount of $6,000 to the defendant, given that the defendant prevailed at the trial of this action. In support of this Motion Dr. Querusio states as follows:

1. This is a medical malpractice action brought against Dr. Querusio as well as multiple co-defendants arising out of postoperative care provided by Dr. Querusio and the co-defendant, Dr. Fiallo to the plaintiff.

2. This action was originally filed in the United States District Court in Boston. Upon motion of the defendants, this case was temporarily transferred to the Suffolk Superior Court in Boston so that a medical malpractice tribunal could be convened pursuant to Massachusetts General Law Chapter 231, Section 60(b).

3. The tribunal hearing regarding Dr. Querusio was held in the Suffolk Superior Court on or about November 29, 2004. The tribunal panel found in favor of Dr. Querusio. See Tribunal Finding attached hereto as Exhibit A.

1015096v1

4. The tribunal panel in accordance with Massachusetts Statutory Law ordered that the plaintiff file a bond in the amount of $6,000 payable to Dr. Querusio if she wished to pursue the case further, given that the Tribunal Finding in favor of Dr. Querusio. See Exhibit A attached hereto.

5. On December 27, 2004 the plaintiff's counsel filed a check with the Court in the amount of $6,000 payable to the defendant as required by the finding of the tribunal panel in favor of Dr. Querusio.

6. This case was subsequently transferred to the United States District Court for the Western District in Springfield for further pretrial proceedings and ultimately for trial. The claims against Dr. Querusio were tried before a jury commencing on April 9, 2007. On April 11, 2007, the plaintiff called his only expert witness. The plaintiff's expert expressed no opinions critical of the care provided by Dr. Querusio. Accordingly, counsel for Dr. Querusio moved for a directed verdict at the conclusion of the testimony of the plaintiff's medical expert, Dr. Bernard Dolin.

7. The Court allowed Dr. Querusio's directed verdict motion, as plaintiff's counsel acknowledged that he had made a strategic decision to pursue only the claims against the co-defendant Dr. Fiallo. See Docket Entry attached hereto as Exhibit B confirming allowance of Dr. Querusio's motion for a directed verdict.

8. Given that this matter has now been resolved on the merits in favor of Dr. Querusio, the plaintiff must surrender the tribunal bond in the amount of $6,000 which was previously filed with the Court, following the Tribunal Finding in favor of Dr. Querusio. See Massachusetts General Laws Chapter 231, Section 60(b). See also Exhibit A attached hereto.

1015096v1

WHEREFORE, the defendant, Luigi Querusio, M.D. respectfully requests that this Motion be allowed, and further requests that this Court release to counsel for Dr. Querusio the check in the amount of $6,000 payable to Dr. Querusio previously filed with the Court on December 27, 2004.

Respectfully submitted,
By his attorneys,

/s/Brent Tingle
BRENT A. TINGLE, BBO# 559974
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7527

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 19, 2007.

/s/Brent A. Tingle
Brent A. Tingle, BBO No. 559974

1015096v1

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET# SUCV2004-00125

Rosemary Chattelle, et al
vs.
Luigi Querusio MD

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 11/29/2004, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s)_____
plaintiff(s) · _____ because the
_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: 11/29/2004

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:
_____
Attorney - Tribunal Member

Medical Member:
_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

I HEREBY ATTEST AND CERTIFY ON
Nov 30, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

**Tingle, Brent**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Wednesday, April 11, 2007 3:19 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-12239-MAP Chattelle et al v. Fiallo et al "Jury Trial - Held" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from French, Elizabeth entered on 4/11/2007 at 3:19 PM EDT and filed on 4/11/2007
**Case Name:**    Chattelle et al v. Fiallo et al
**Case Number:**    3:03-cv-12239
**Filer:**
**Document Number:**

**Docket Text:**
Clerk's Notes for proceedings held before Judge Michael A Ponsor : Jury Trial held on 4/11/2007. 9:00 a.m. Plaintiff's case continues w/testimony of Dr. Dolan; Following conclusion of direct exam of Dr. Dolan, def. Querusio moves for directed verdict; Court allows dismissal of defendant Querusio w/o objection by plaintiff; Recess for day 1:00 p.m.; Trial to resume on 4/12/07 at 9:00 a.m. w/remaining defendant (Court Reporter Laurie Monahan.) (French, Elizabeth)

The following document(s) are associated with this transaction:

**3:03-cv-12239 Notice will be electronically mailed to:**

David P. Angueira    dangueira@swartzlaw.com, attorney@swartzlaw.com

Allison K. Blew    agurley@fosteld.com

Michael H. Burke    mburke@bulkley.com, klepore@bulkley.com

Joan Eldridge    jeldridge@fosteld.com

Sean M. Ennis    sennis@mmmk.com

Martin C. Foster    mfoster@fosteld.com

Kevin C. Reidy    kreidy@mmmk.com

4/18/2007

Christopher J. Scott    cscott@bulkley.com, shoule@bulkley.com

Brent A. Tingle    btingle@morrisonmahoney.com, tmcneill@morrisonmahoney.com; drush@morrisonmahoney.com

**3:03-cv-12239 Notice will not be electronically mailed to:**

4/18/2007