AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

ROSEMARY CHATTELLE, ET AL

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   03-12239-MAP

VIRIATO M. FIALLO, M.D.

X **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

BY THE COURT:
JUDGMENT ENTERED FOR DEFENDANT LUIGI QUERUSIO, M.D., THE COURT HAVING GRANTED DEFENDANT'S MOTION FOR DIRECTED VERDICT WITHOUT OPPOSITION ON 4/11/07;

BY JURY VERDICT:
JUDGMENT ENTERED FOR DEFENDANT VIRIATO M. FIALLO, M.D. PURSUANT TO JURY VERDICT ENTERED ON 4/18/07

APPROVED AS TO FORM: _/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

_April 20, 2007_
Date

SARA THORNTON
Clerk

_[signature]_
(By) Deputy Clerk