

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ROSEMARY CHATTELLE

V.                                              CA NO: 03-12239-MAP

M.D. LUIGI QUERUSIO

ORDER OF DISBURSEMENT

JULY 12, 2007

PONSOR, USDJ

The Court hereby orders that the $6,000.00 bond posted on December 27, 2004 be disbursed to Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210 (Attention: Brent A. Tingle, Esq.)

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE