UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and )<br>MICHAEL CHATTELLE, )<br>*Plaintiffs* )<br> )<br>vs. )<br> )<br>VIRIATO M. FIALLO, M.D., )<br>BAYSTATE MEDICAL CENTER, )<br>HUBBARD REGIONAL HOSPITAL, )<br> LUIGI QUERUSIO, M.D., )<br>*Defendants* ) | C.A. No.: 03-12239 |

## AMENDED MOTION OF THE DEFENDANT, LUIGI QUERUSIO, M.D. FOR RELEASE OF TRIBUNAL BOND

NOW COMES the defendant, Luigi Querusio, M.D. ("Dr. Querusio"), and hereby moves for an order releasing the tribunal bond in the amount of $6,000.00 as well as any interest accrued thereon, to counsel for Dr. Querusio, given that Dr. Querusio prevailed at the trial of this action. In support of this motion Dr. Querusio states as follows:

1. The defendant, Dr. Querusio hereby incorporates by reference his prior motion for release of tribunal bond which was previously allowed by the Court.

2. In accordance with the instructions of the Court, Dr. Querusio hereby files this amended motion for release of tribunal bond. The defendant's original motion sought the release of the tribunal bond in the amount of $6,000.00. However, interest has accrued on the $6,000.00 bond since it was originally filed by counsel for the plaintiff on December 27, 2004.

3. Accordingly, the defendant files this amended motion seeking release of the tribunal bond in the amount of $6,000.00 plus any interest which has accrued to date on the bond.

1023041v1

WHEREFORE the defendant, Luigi Querusio, M.D. respectfully requests that this amended motion for release of tribunal bond be allowed. A proposed order is attached hereto as Exhibit A.

        Respectfully submitted,
        By his attorneys,

        /s/Brent Tingle
        BRENT A. TINGLE, BBO# 559974
        Morrison Mahoney, LLP
        250 Summer Street
        Boston, MA 02210
        (617) 439-7527

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 24, 2007.

/s/Brent A. Tingle
Brent A. Tingle, BBO No. 559974

1023041v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and<br>MICHAEL CHATTELLE,<br>*Plaintiffs*<br><br>vs.<br><br>VIRIATO M. FIALLO, M.D.,<br>BAYSTATE MEDICAL CENTER,<br>HUBBARD REGIONAL HOSPITAL,<br>LUIGI QUERUSIO, M.D.,<br>*Defendants* | )<br>)<br>)<br>)<br>)    C.A. No.: 03-12239<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON THE DEFENDANT, LUIGI QUERUSIO, M.D.'S AMENDED MOTION FOR RELEASE OF TRIBUNAL BOND

Upon motion of the defendant, Luigi Querusio, M.D., it is hereby ordered that the tribunal bond in the amount of $6,000.00 as well as any interest which has accrued to date on said bond be released to Brent A. Tingle, Morrison Mahoney LLP as counsel for Dr. Querusio.

_____

1023042v1