UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY CHATTELLE and <br> MICHAEL CHATTELLE, <br> *Plaintiffs* <br><br> vs. <br><br> VIRIATO M. FIALLO, M.D., <br> BAYSTATE MEDICAL CENTER, <br> HUBBARD REGIONAL HOSPITAL, <br> LUIGI QUERUSIO, M.D., <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 03-12239 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER ON THE DEFENDANT, LUIGI QUERUSIO, M.D.'S AMENDED MOTION FOR RELEASE OF TRIBUNAL BOND

Upon motion of the defendant, Luigi Querusio, M.D., it is hereby ordered that the tribunal bond in the amount of $6,000.00 as well as any interest which has accrued to date on said bond be released to Brent A. Tingle, Morrison Mahoney LLP as counsel for Dr. Querusio.

*Michael A. Ponsor USDJ*

7-25-07

1023042v1